# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT<br>
SOUTHERN DISTRICT OF TEXAS<br>
GALVESTON DIVISION

| | | |
|---|---|---|
| DANIEL P. HIGGINS<br>    Plaintiff, | §<br>§<br>§ | |
| V. | §<br>§ | C.A. _____ |
| VAL-CHRIS INVESTMENTS, INC.,<br>    Defendant. | §<br>§<br>§ | |

## **INDEX OF DOCUMENTS FILED WITH REMOVAL ACTION**

Exhibit 1     Index of Documents Being Filed

Exhibit 2     List of All Counsel of Record

Exhibit 3     State Court Docket Sheet

Exhibit 3- A   Plaintiff's Original Petition (filed 01-21-26)

Exhibit 3- B   Plaintiff's Application for Temporary Restraining Order (filed 01-21-26)

Exhibit 4     Val-Chris Investments, Inc's Articles of Incorporation

Exhibit 5     Appraisal for Subject Property

7

4929-5292-7119, v. 1