# EXHIBIT 2

| | | |
|---|---|---|
| DANIEL P. HIGGINS | § | |
|    Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | C.A. _____ |
| VAL-CHRIS INVESTMENTS, INC., | § | |
|    Defendant. | § | |

## <u>LIST OF COUNSEL OF RECORD</u>

1. Andrew K. Meade
   Texas Bar No. 24032854
   ameade@mnbllp.com
   Samuel B. Haren
   Texas Bar No. 24059899
   sharen@mnbllp.com
   Leann M. Pinkerton
   Texas Bar No. 24038826
   lpinkerton@mnbllp.com
   Meade & Barr LLP
   2118 Smith Street
   Houston, Texas 77002
   (713) 355-1200

   **ATTORNEYS-IN-CHARGE FOR PLAINTIFF**


2. Christie M. Lewis
   State Bar No. 24013170
   Federal I.D. No. 33817
   Hirsch & Westheimer, P.C.
   1415 Louisiana, 36th Floor
   Houston, Texas 77002-2772
   Tel: 713-220-9197
   Fax: 713-223-9319
   E-mail: clewis@hirschwest.com

   **ATTORNEY-IN-CHARGE FOR DEFENDANT**