## Case Information

26-CV-0110 | Daniel P. Higgins vs. Val-Chris Investments, Inc.

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| 26-CV-0110 | 10th District Court | Millo, Rebecca |
| File Date | Case Type | Case Status |
| 01/21/2026 | Other Civil - Cases | Active |

## Party

Plaintiff
Higgins, Daniel P.

Address
3001 Kleinmann Ave
Galveston TX 77551

Active Attorneys ▾
Pro Se

Lead Attorney
Meade, Andrew K.
Retained

Attorney
Haren, Samuel B.
Retained

Attorney
Pinkerton, Leann M.
Retained

Defendant
Val-Chris Investments, Inc.

# Events and Hearings

01/21/2026 Original Petition - OCA ▾

Original Petition - OCA

Comment
Plaintiff's Original Petition

01/21/2026 Application for Temporary Restraining Order ▾

Application for Temporary Restraining Order

01/21/2026 Proposed Order (unsigned) ▾

Proposed Order (unsigned)

Comment
Temporary Restraining Order

01/21/2026 Status Conference Sheet ▾

Status Conference Sheet

Comment
Hand Delivered at Counter

01/21/2026 Temporary Restraining Order - OCA ▾

Temporary Restraining Order - OCA

Judicial Officer          Comment
Millo, Rebecca            Hearing Set for 02-04-2026 @ 3:30 a.m. - Bond Set at $100.00

01/21/2026 Bond - Certificate of Cash in Lieu of ▾

Bond - Certificate of Cash in Lieu of

01/22/2026 Request for Civil Service ▾

Request for Civil Service

Comment
1 Citation & 1 TRO by C/M; Assigned to M.M. & E.A.

01/22/2026 Citation by Certified Mail Issuance - Work Product ▾

Citation by Certified Mail Issuance - Work Product

Comment
1 citation issued by CM

01/22/2026 Temporary Restraining Order - Issued - Work Product ▾

Temporary Restraining Order - Issued - Work Product

Comment
1 TRO issued by CM

02/03/2026 Notice of Appearance ▾

Plaintiff's Notice of Appearance.pdf

Comment
Notice of Appearance of Counsel - Plaintiff's

02/03/2026 Citation by Certified Mail and Return ▾

Citation by Certified Mail and Return

02/03/2026 Temporary Restraining Order and Return ▾

Temporary Restraining Order and Return

Comment
by Certified Mail. Please see attached green card

02/04/2026 Court Coordinator's Case Notes ▾

Comment
ORDER RESETTING TEMPORARY INJUNCTION HEARING SIGNED RM/law.

02/04/2026 Notice - From Court of Setting Date ▾

Notice - From Court of Setting Date

| Judicial Officer | Comment |
| --- | --- |
| Millo, Rebecca | TI hearing has been reset to 02/16/26@1:30pm |

02/04/2026 Order Resetting Hearing/Trial ▾

Order Resetting Hearing/Trial

Judicial Officer                     Comment
Millo, Rebecca                       TI Hearing reset for 02/16/26 @1:30 P.M.

02/05/2026 Copy of Notice ▾

Copy of Notice

Comment
emailed to attorneys & mailed to Defendant

02/05/2026 Receipt Acknowledge ▾

Receipt Acknowledge

Comment
of Notice

02/16/2026 Hearing ▾

Judicial Officer
Millo, Rebecca

Hearing Time
01:30 PM

Comment
IN-PERSON HEARING ON PLTF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER (FILED 1/21/26). (*30 MINUTES SET ASIDE FOR IN-PERSON HEARING.)

04/23/2026 Status Conference ▾

Judicial Officer
Millo, Rebecca

Hearing Time
9:00 AM

Comment
IN-PERSON ATTENDANCE BY COUNSEL IS MANDATORY. FAILURE TO DO SO MAY RESULT IN DISMISSAL FOR WANT OF PROSECUTION.

# Financial

Higgins, Daniel P.

| | | | | | |
|---|---|---|---|---|---|
| | Total Financial Assessment | | | | $540.00 |
| | Total Payments and Credits | | | | $540.00 |
| 1/21/2026 | Transaction Assessment | | | | $350.00 |
| 1/21/2026 | Payment | Receipt # 2026-01175-DC | Higgins, Daniel P. | | ($350.00) |
| 1/22/2026 | Transaction Assessment | | | | $190.00 |
| 1/22/2026 | Payment | Receipt # 2026-01293-DC | Higgins, Daniel P. | | ($190.00) |

## Documents

Status Conference Sheet

Application for Temporary Restraining Order

Proposed Order (unsigned)

Original Petition - OCA

Temporary Restraining Order - OCA

Request for Civil Service

Citation by Certified Mail Issuance - Work Product

Temporary Restraining Order - Issued - Work Product

Bond - Certificate of Cash in Lieu of

Plaintiff's Notice of Appearance.pdf

Notice - From Court of Setting Date

Citation by Certified Mail and Return

Temporary Restraining Order and Return

Copy of Notice

Receipt Acknowledge

Order Resetting Hearing/Trial