# EXHIBIT 3-A

*Original Petition*

*Daniel P. Higgins, plaintiff*

*vs*

*Val-Chris Investments, Defendant*

# CAUSE NO. 26-CV-0110

**IN THE DISTRICT COURT OF GALVESTON COUNTY, TEXAS**

*10th District Court*

## AFFIDAVIT OF DANIEL P. HIGGINS

STATE OF TEXAS §
COUNTY OF GALVESTON §

My name is Daniel P. Higgins. I am over the age of eighteen (18), of sound mind, and competent to make this affidavit.

I have continuously occupied the real property located at 3001 Kleinmann Ave, Galveston, Texas 77551 as my primary residence for approximately eighteen (18) years. The property is my Texas homestead, and I have continuously lived there with the intent that it be my home.

My Texas driver's license reflects the property address as my residence.

At all relevant times, Defendant had access to information demonstrating that I occupied the property as my primary residence.

Defendant directed me to provide documentation reflecting a different mailing address, and I relied in good faith on Defendant's instructions. After doing so, Defendant sent mortgage and foreclosure-related correspondence to that other address rather than to my homestead address.

I never received a Notice of Default or Intent to Accelerate at my homestead address. The first notice I became aware of was a Notice of Sale dated January 6, 2026, scheduling a foreclosure sale for February 3, 2026.

The property is my primary residence, and a foreclosure sale would cause immediate and irreparable harm that cannot be remedied by money damages. I seek only to preserve the status quo so the Court may determine whether Defendant complied with Texas homestead foreclosure law.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED on _____ 1 - 26 _____, 2026.

**Daniel P. Higgins**

SUBSCRIBED AND SWORN before me on ____ 01/21 ____, 2026.

_____
**Notary Public, State of Texas**



MARIELENA SIMMONS
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 01/02/28
NOTARY ID 134697210

*Status Conference Set* 04/23/2026

26-CV-0110
DCORPET
Original Petition — OCA
3118229

FILED
2026 JAN 21 AM II: 31
DISTRICT CLERK
GALVESTON COUNTY TEXAS