# EXHIBIT 3-B

CAUSE NO. 26-CV-0110 — 10th District Court

DANIEL P. HIGGINS, Plaintiff

vs.

VAL-CHRIS INVESTMENTS, INC., Defendant

IN THE DISTRICT COURT OF GALVESTON COUNTY, TEXAS

FILED

2026 JAN 21 AM 11: 31

DISTRICT CLERK
GALVESTON COUNTY TEXAS

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Daniel P. Higgins respectfully shows:

Defendant has scheduled a non-judicial foreclosure sale for February 3, 2026 involving Plaintiff's primary residence and Texas homestead located at 3001 Kleinmann Ave, Galveston, Texas 77551.

Loss of a homestead constitutes immediate and irreparable harm for which there is no adequate remedy at law.

Texas law requires strict compliance with notice requirements before foreclosing on a homestead. Plaintiff never received a Notice of Default or Intent to Accelerate, a condition precedent to foreclosure.

Defendant directed Plaintiff to provide an alternate mailing address and thereafter sent foreclosure notices to that address rather than to Plaintiff's homestead. Plaintiff relied in good faith on Defendant's instructions.

Defendant's failure to strictly comply with homestead foreclosure procedures constitutes a failure of conditions precedent, rendering the foreclosure improper.

## REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court issue a Temporary Restraining Order enjoining the February 3, 2026 foreclosure sale, set a hearing on a Temporary Injunction, preserve the status quo, set a nominal bond, and grant all further relief to which Plaintiff may be entitled.

Respectfully submitted,

Daniel P. Higgins, Pro Se
3001 Kleinmann Ave
Galveston, TX 77551
409-692-3811
Higginsd10@aol.com

26 - CV - 0110
DCAPTRO
Application for Temporary Restraining Order
3118231