# EXHIBIT 4

Filed with Secretary of State

786780 _____, 19__

ENDORSED
FILED
In the office of the Secretary of State
of the State of California

OCT 4 1976

MARCH FONG EU, Secretary of State

By IRENE SANCHEZ
Deputy

# ARTICLES OF INCORPORATION

OF

## VAL-CHRIS INVESTMENTS, INC.

### ARTICLE I

The name of the corporation is **VAL-CHRIS INVESTMENTS, INC.**

### ARTICLE II

The corporation's purposes are:

(a) Primarily to engage in the specific business of **all aspects of the real estate brokerage business.**

(b) Generally to engage in the business of **all aspects of the real estate business in general and all other legal businesses including but not limited to investments of all types; manufacturing of all kinds; wholesale and retail sales; all aspects of the transportation, distribution and construction businesses; and ownership of other companies and corporations and ownership of their stock.**

(c) To engage in any business or transaction, whether related or unrelated to those described in Paragraphs (a) and (b) above, which may from time to time be authorized or approved by the Board of Directors of this corporation.

(d) To act as principal, agent, partner, joint venturer, or in any other legal capacity in any transaction.

(e) To transact business anywhere in the world.

(f) To have and exercise all rights and powers which are now and which may in the future be granted to a corporation by law.

The above statement of purposes shall be construed as a statement of both purposes and powers, and the provisions of each paragraph shall not be limited by reference to or inference from one another, but each shall be considered as separate statements conferring independent purposes and powers upon the corporation.

### ARTICLE III

The County in the State of California where the principal office for the transaction of the business of the corporation is located is the

County of **Orange**

### ARTICLE IV

(a) The number of directors of the corporation is **1**, provided that the number of such directors may from time to time be changed by amendment of the By-Laws of this corporation.

(b) The names and addresses of the persons who are appointed to act as first directors of the corporation are:

| NAMES | ADDRESSES |
|---|---|
| John A. Doerst | 927 N. Kings Rd., Los Angeles, Calif. |

(c) The Board of Directors of the corporation shall be permitted to take any action authorized by Division 1 of the California Corporations Code without a meeting, provided all members of the Board consent in writing to such action and such consent or consents are filed with the minutes of the proceedings of the Board.

### ARTICLE V

The corporation is authorized to issue only one class of shares having a total number of **300** shares. XXXXXXXXXXX
XXXXXXXX XXXXX XX XX XXXXXXXXXX XXXX XXXXXXXXXXXXXXXXXXXXX XXXXX XXXXXXX XXXXXXXX XXXX
XXXXX XX XXXXXXXXXXXX XXXXXXX XX XXXXXX XXXXXXXXX XXXXX XXXX XXXX XXXXXXXX XX XXXXX

**Each share shall be without par value.**

This standard form covers most usual problems in the field indicated. Before you sign, read it, fill in all blanks, and make changes proper to your transaction.

## ARTICLE VI

No distinction shall exist between the shares of the corporation or the holders of such shares.

## ARTICLE VII

(a) All shares issued by the corporation shall be fully paid and nonassessable and shall not be subject to assessment for the debts or liabilities of the corporation.

(b) Each shareholder of this corporation shall be entitled to full pre-emptive or preferential rights, as such rights are defined by law, to subscribe for or purchase his proportional part of any shares which may be issued at any time by this corporation.

(c) Before there can be a valid sale or transfer of any of the shares of this corporation by any shareholder, he shall first offer such shares to the corporation and then to the other shareholders in the following manner:

(1) Such offering shareholder shall deliver a notice in writing by mail or otherwise to the Secretary of the corporation stating the price, terms, and conditions of such proposed sale or transfer, the number of shares to be sold or transferred, and his intention so to sell or transfer such shares. Within fourteen (14) days thereafter, the corporation shall have the prior right to purchase all or any full number of such shares so offered at the price and upon the terms and conditions stated in such notice. Should the corporation fail to purchase all of said shares, at the expiration of said fourteen-day period, or prior thereto upon the determination of the corporation to purchase none or only a portion of such shares so offered, the Secretary of the corporation shall, within five (5) days thereafter, mail or deliver to each of the other shareholders a notice setting forth the particulars concerning said shares not so purchased by the corporation described in the notice received from the offering shareholder. The other shareholders shall have the right to purchase all of the shares specified in said Secretary's notice by delivering to the Secretary by mail or otherwise a written offer or offers to purchase all or any specified number of such shares upon the terms so described in the Secretary's notice if such offer or offers are so delivered to the Secretary within ten (10) days after mailing or delivering such Secretary's notice to such other shareholders. If the total number of shares specified in such offers so received within such period by the Secretary exceeds the number of shares referred to in such Secretary's notice, each offering share-holder shall be entitled to purchase such proportion of the shares referred to in said notice to the Secretary, as the number of shares of this corporation, which he holds, bears to the total number of shares held by all such shareholders desiring to purchase the shares referred to in said notice to the Secretary.

(2) If all of the other shares referred to in said notice to the Secretary are not disposed of under such apportionment, each share-holder desiring to purchase shares in a number in excess of his proportionate share, as provided above, shall be entitled to purchase such proportion of those shares which remain thus undisposed of, as the total number of shares which he holds bears to the total number of shares held by all of the shareholders desiring to purchase shares in excess of those to which they are entitled under such apportionment.

(3) If none or only a part of the shares referred to in said notice to the Secretary is purchased, as aforesaid, by the corporation or in accordance with offers made by other shareholders within said ten (10) day period, the shareholder desiring to sell or transfer may dispose of all shares of stock referred to in said notice to the Secretary not so purchased by the corporation or by the other shareholders, to any person or persons he may so desire; provided, however, that he shall not sell or transfer such shares at a lower price or on terms more favorable to the purchaser or transferee than those specified in said notice to the Secretary.

(4) Within the limitations herein provided, this corporation may purchase the shares of this corporation from any offering shareholder, provided, however, that at no time shall this corporation be permitted to purchase all of its outstanding voting shares. Any sale or transfer or purported sale or transfer of the shares of the corporation shall be null and void unless the terms, conditions, and provisions of sub-part (c) of this article SEVENTH are strictly observed and followed.

IN WITNESS WHEREOF, the undersigned and above-named incorporators and first directors of this corporation have executed these Articles of Incorporation on **October 2,** 19**76**.

*[signature: John A. Doerst]*

STATE OF CALIFORNIA }
                     } ss.
COUNTY OF **Los Angeles**

On **October 2**, 19**76**, before me, the Undersigned, a Notary Public in and for said State personally appeared

**John A. Doerst**

known to me to be the person whose names are subscribed to the foregoing Articles of Incorporation, and acknowledged to me that they executed the same.

WITNESS my hand and official seal.

*[signature: Bonnie Myers]*

Notary Public in and for said State

OFFICIAL SEAL
BONNIE MYERS
NOTARY PUBLIC — CALIFORNIA
PRINCIPAL OFFICE IN
LOS ANGELES COUNTY
My Commission Expires Aug. 7, 1976

OFFICIAL SEAL
BONNIE MYERS
NOTARY PUBLIC - CALIFORNIA
PRINCIPAL OFFICE IN
LOS ANGELES COUNTY



# State of California

OFFICE OF THE SECRETARY OF STATE

FILED

OCT 1 2 1976

WILLIAM E. ST JOHN, County Clerk

By _____ Deputy

I44623

I, *MARCH FONG EU*, Secretary of State of the State of California, hereby certify:

That the annexed transcript has been compared with the record on file in this office, of which it purports to be a copy, and that same is full, true and correct.

*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this

OCT  4 1976



*March Fong Eu*

*Secretary of State*

SEC/STATE FORM CE-107 (REV. 1-75)                    ① △ OSP



# Secretary of State
## Certificate of Status

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, hereby certify:

| | |
|---|---|
| **Entity Name:** | VAL-CHRIS INVESTMENTS, INC. |
| **Entity No.:** | 0786780 |
| **Registration Date:** | 10/04/1976 |
| **Entity Type:** | Stock Corporation - CA - General |
| **Formed In:** | CALIFORNIA |
| **Status:** | Active |

The above referenced entity is active on the Secretary of State's records and is authorized to exercise all its powers, rights and privileges in California.

This certificate relates to the status of the entity on the Secretary of State's records as of the date of this certificate and does not reflect documents that are pending review or other events that may impact status.

No information is available from this office regarding the financial condition, status of licenses, if any, business activities or practices of the entity.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of April 01, 2025.

**SHIRLEY N. WEBER, PH.D.**
**Secretary of State**

**Certificate No.:** 312981228

To verify the issuance of this Certificate, use the Certificate No. above with the Secretary of State Certification Verification Search available at bizfileOnline.sos.ca.gov.