# EXHIBIT 5

# APPRAISAL OF



REAL PROPERTY

## LOCATED AT:

3001 Kleinmann Ave
Galveston, TX  77551

## FOR:

Val-Chris Investments, Inc
2601 Main St, Suite 400
Irvine, CA, 92614

## BORROWER:

Daniel Higgens

## AS OF:

August 8, 2024

## BY:

Carlos Millan

No AMC
Val-Chris Investments, Inc
2601 Main St, Suite 400
Irvine, CA, 92614

File Number:   C24-08012

In accordance with your request, I have appraised the real property at:

3001 Kleinmann Ave
Galveston, TX  77551

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of   August 8, 2024                          is:

$570,000
Five Hundred Seventy Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

Carlos Millan

Appraisal Report

# Uniform Residential Appraisal Report

1660255141
File No. C24-08012

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

Property Address **3001 Kleinmann Ave**    City **Galveston**    State **TX**   Zip Code **77551**

Borrower **Daniel Higgens**    Owner of Public Record **Higgins Daniel P**    County **Galveston**

Legal Description **ABST 121 HALL & JONES SUR LOT 1 & ADJ ALLEY KLEIMANN ADDN**

Assessor's Parcel # **4400-0000-0001-000**    Tax Year **2023**    R.E. Taxes $ **9,041**

Neighborhood Name **KLEINMANN**    Map Reference **807D**    Census Tract **7257.00**

Occupant ☐ Owner ☒ Tenant ☐ Vacant    Special Assessments $ **0**    ☐ PUD   HOA $ **0** ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☒ Refinance Transaction ☐ Other (describe)

Lender/Client **Val-Chris Investments, Inc**    Address **2601 Main St, Suite 400, Irvine, CA 92614**

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). **HARMLS, Tax, CAD**

## CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record? ☐ Yes ☐ No   Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | PRICE   AGE | One-Unit 85 % |
| Built-Up ☐ Over 75% ☒ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | $(000)   (yrs) | 2-4 Unit 2 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | 120 Low   0 | Multi-Family 3 % |
| Neighborhood Boundaries **The subject is bound to the north and east Galveston Bay, to the south by Gulf of Mexico, and to the west by West Bay.** | | 2,200 High   177 | Commercial 10 % |
| | | 570 Pred.   50 | Other % |

Neighborhood Description **The subject is located south of Houston's CBD. Public education is provided by the Galveston ISD.**

Market Conditions (including support for the above conclusions) **Property values in the immediate market area appear stable. Supply and demand are in balance with typical marketing times of 3-6 months. All types of financing are readily available with conventional and FHA being predominant and typical seller contributions of up to 3%.**

## SITE

Dimensions **No survey provided (CAD)**    Area **8281 sf**    Shape **Rectangular**    View **N;Res;**

Specific Zoning Classification **None**    Zoning Description **Deed Restricted**

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No   If No, describe. **See Attached Addendum**

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street **Asphalt** | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley **None** | | |

FEMA Special Flood Hazard Area ☒ Yes ☐ No   FEMA Flood Zone **AE**    FEMA Map # **48167C0438G**    FEMA Map Date **08/15/2019**

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No   If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☒ Yes ☐ No   If Yes, describe. **The subject backs to a public part that is buffered by a street and, based on market data there appears to be no market reaction therefore, an adjustment is not warranted. See attached photo**

## IMPROVEMENTS

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION   materials/condition | INTERIOR   materials/condition |
|---|---|---|---|
| Units ☐ One ☒ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | Foundation Walls **Concrete/Avg** | Floors **WdLam,Tile/Avg** |
| # of Stories **1** | ☐ Full Basement ☐ Partial Basement | Exterior Walls **BV-Siding/Avg** | Walls **Drywall/Average** |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area **0** sq. ft. | Roof Surface **Comp/Avg** | Trim/Finish **Wood/Avg** |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish **0** % | Gutters & Downspouts **Aluminum/Avg** | Bath Floor **Tile/Avg** |
| Design (Style) **Traditional** | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type **Insulated/Avg** | Bath Wainscot **Tile/Avg** |
| Year Built **1984** | Evidence of ☐ Infestation | Storm Sash/Insulated **None** | Car Storage ☐ None |
| Effective Age (Yrs) **10** | ☐ Dampness ☐ Settlement | Screens **Aluminum/Avg** | ☒ Driveway # of Cars **2** |
| Attic ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities ☒ WoodStove(s) # **1** | Driveway Surface **Concrete** |
| ☒ Drop Stair ☐ Stairs | ☐ Other   Fuel **Gas** | ☐ Fireplace(s) # **0** ☒ Fence **Wood** | ☒ Garage # of Cars **2** |
| ☐ Floor ☐ Scuttle | Cooling ☒ Central Air Conditioning | ☒ Patio/Deck **Cvd** ☒ Porch **Porch** | ☐ Carport # of Cars **0** |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☒ Pool **Gunite** ☐ Other **None** | ☒ Att. ☐ Det. ☐ Built-in |

Appliances ☐ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area **above grade** contains:   **6** Rooms   **3** Bedrooms   **2.0** Bath(s)   **1,643** Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). **Ceiling fans, insulated windows, attic insulation and other features and energy efficient items are typical for neighborhood.**

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). **C3;Kitchen-updated-one to five years ago;Bathrooms-updated-one to five years ago;Physical depreciation is is based on effective age/life method and normal wear and tear. No apparent adverse external inadequacies were noted. The appraiser is not a structural, electrical, mechanical or plumbing inspector. No expressed warranty is implied.**

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No   If Yes, describe. **There were no apparent physical or adverse conditions noted observed affecting the integrity of the subject property.**

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No   If No, describe. **The subject property is a functionally designed structure in style, condition, type of construction, and use when compared to competing properties in this neighborhood. Additionally, the subject property is considered typical for the area.**

Freddie Mac Form 70 March 2005    UAD Version 9/2011    Produced using ACI software, 800.234.8727 www.aciweb.com    Fannie Mae Form 1004 March 2005

Page 1 of 6

1004_05UAD 12182015

# Uniform Residential Appraisal Report

1660255141
File No. C24-08012

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|

There are **55** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **190,000** to $ **759,900** .
There are **95** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **140,000** to $ **768,500** .

| VALUE ADJUSTMENTS | SUBJECT | COMPARABLE SALE NO. 1 | +(-) $ Adjustment | COMPARABLE SALE NO. 2 | +(-) $ Adjustment | COMPARABLE SALE NO. 3 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 3001 Kleinmann Ave Galveston, TX 77551 | 18 Colony Park Cir Galveston, TX 77551 | | 5228 Avenue U Galveston, TX 77551 | | 1512 25th St Galveston, TX 77550 | |
| Proximity to Subject | | 0.75 miles NE | | 1.87 miles NE | | 4.04 miles NE | |
| Sale Price | $ | $ 575,000 | | 607,800 | | $ 510,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 277.51 sq. ft. | | $ 295.34 sq. ft. | | $ 297.20 sq. ft. | |
| Data Source(s) | | HARMLS#5158700;DOM 52 | | HARMLS#93583653;DOM 139 | | HARMLS#45440689;DOM 38 | |
| Verification Source(s) | | HAR/MLS/CAD/Driveby | | HAR/MLS/CAD/Driveby | | HAR/MLS/CAD/Driveby | |
| **VALUE ADJUSTMENTS** | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Unknown;0 | 0 | Conv;0 | 0 | Unknown;7500 | 0 |
| Date of Sale/Time | | s02/24;c01/24 | | s03/24;c02/24 | | s05/24;c03/24 | |
| Location | N;Res; | N;Res; | | A;Comm; | +5,000 | A;Comm; | +5,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 8281 sf | 8198 sf | 0 | 6500 sf | 0 | 5162 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;Traditional | DT1;Traditional | 0 | DT1;Traditional | 0 | DT2;Traditional | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 39 | 38 | 0 | 66 | 0 | 120 | +50,000 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | 0 | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 6 / 3 / 2.0 | 7 / 4 / 2.0 | | 6 / 3 / 2.0 | | 6 / 3 / 1.1 | +5,000 |
| Gross Living Area 125 | 1,643 sq. ft. | 2,072 sq. ft. | -53,600 | 2,058 sq. ft. | -51,900 | 1,716 sq. ft. | -9,100 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central/Central | Central/Central | | Central/Central | | Central/Central | |
| Energy Efficient Items | CFan | CFan | | CFan | | CFan | |
| Garage/Carport | 2ga2dw | 2ga2dw | | 2ga2dw | | 3ga3dw | -5,000 |
| Porch/Patio/Deck | Porch,Patio | Porch,Patio | | Porch,Patio | | Porch,Patio | |
| Fireplaces | None | 1 Fireplace | -2,500 | 1 Fireplace | -2,500 | None | |
| Pool | Pool | None | +15,000 | Pool | | None | +15,000 |
| Cottage | Cottage | None | +25,000 | None | +25,000 | Garage Apartment | |
| Net Adjustment (Total) | | ☐+ ☒- $ | 16,100 | ☐+ ☒- $ | 24,400 | ☒+ ☐- $ | 60,900 |
| Adjusted Sale Price of Comparables | | Net Adj. -2.8% Gross Adj. 16.7% $ | 558,900 | Net Adj. -4.0% Gross Adj. 13.9% $ | 583,400 | Net Adj. 11.9% Gross Adj. 17.5% $ | 570,900 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain **Document and/or Deed numbers were not available for the subject or comparable sales, as Texas is a "Non-disclosure" and not an "Open Records" state.**

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) **MLS and County records**
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) **MLS and County records**
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | CoreLogic/HARMLS | CoreLogic/HARMLS | CoreLogic/HARMLS | CoreLogic/HARMLS |
| Effective Date of Data Source(s) | 08/05/2024 | 08/05/2024 | 08/05/2024 | 08/05/2024 |

Analysis of prior sale or transfer history of the subject property and comparable sales **As per MLS,and HCAD no listing or sales history was found on the subject property within in the last 36 months and no prior sales history was found on the comparables within the last 12 months.**

Summary of Sales Comparison Approach. **The sales utilized are considered to represent the most similar comparables found at time of inspection. The subjects estimated value lies between Sale 1 & 2 which are nearest the subject with most consideration give to Sale 1 which is the most similar in age and is considered to best reflect current market values in the area.**
**The data cited in the sales comparison analysis is for known features considered relevant to estimated market value. Based on sales selected in the direct comparison analysis, in addition to other offers for sale in this market, the estimated value of the subject lies within the indicated value range.**

Indicated Value by Sales Comparison Approach $ **570,000**

Indicated Value by: Sales Comparison Approach $ **570,000** Cost Approach (if developed) $ **580,500** Income Approach (if developed) $ **0**
**Most weight was placed on the Sales Comparison Analysis which is more indicative of Market Value under the willing buyer and seller concept. Income approach has not been developed.**

This appraisal is made ☒ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: **This appraisal is based on "as is" condition.**

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ **570,000** as of **08/08/2024**, which is the date of inspection and the effective date of this appraisal.

Texas Residential Appraisal Group

# Uniform Residential Appraisal Report

1660255141
File No. C24-08012

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 3001 Kleinmann Ave Galveston, TX 77551 | 7 Broad St Galveston, TX 77554 | | 5 Broad St Galveston, TX 77554 | | 11 Porch St Galveston, TX 77554 | |
| Proximity to Subject | | 1.44 miles NW | | 1.43 miles NW | | 1.49 miles SW | |
| Sale Price | $ | $ 598,725 | | $ 560,000 | | $ 759,900 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 326.10 sq. ft. | | $ 335.33 sq. ft. | | $ 398.27 sq. ft. | |
| Data Source(s) | | HARMLS#42175473;DOM 6 | | HARMLS#26118646;DOM 92 | | HARMLS#75447232;DOM 61 | |
| Verification Source(s) | | HAR/MLS/CAD/Driveby | | HAR/MLS/CAD/Driveby | | HAR/MLS/CAD/Driveby | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | **Listing** | -23,633 |
| Concessions | | VA;0 | 0 | Unknown;0 | 0 | | |
| Date of Sale/Time | | s06/24;c06/24 | | s02/24;c01/24 | | Active | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 8281 sf | 4638 sf | 0 | 4820 sf | 0 | 4700 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | B;Wtr; | -10,000 |
| Design (Style) | DT2;Traditional | DT2;Traditional | | DT1;Traditional | 0 | DT1;Tractional | 0 |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 39 | 6 | 0 | 6 | 0 | 5 | 0 |
| Condition | C3 | C2 | -30,000 | C2 | -30,000 | C2 | -30,000 |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | 0 | Total / Bdrms. / Baths | 0 | Total / Bdrms. / Baths | 0 |
| Room Count | 6 / 3 / 2.0 | 7 / 3 / 2.1 | -5,000 | 7 / 3 / 2.0 | | 7 / 3 / 2.1 | -5,000 |
| Gross Living Area 125 | 1,643 sq. ft. | 1,836 sq. ft. | -24,100 | 1,670 sq. ft. | -3,400 | 1,908 sq. ft. | -33,100 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central/Central | Central/Central | | Central/Central | | Central/Central | |
| Energy Efficient Items | CFan | CFan | | CFan | | CFan | |
| Garage/Carport | 2ga2dw | 2gd2dw | | 2ga2dw | | 2gd2dw | |
| Porch/Patio/Deck | Porch,Patio | Porch,Patio | | Porch,Patio | | Porch,Patio | |
| Fireplaces | None | None | | None | | None | |
| Pool | Pool | None | +15,000 | None | +15,000 | None | +15,000 |
| Cottage | Cottage | None | +25,000 | None | +25,000 | None | +25,000 |
| Net Adjustment (Total) | | ☐+ ☒- $ | 19,100 | ☒+ ☐- $ | 6,600 | ☐+ ☒- $ | 61,733 |
| Adjusted Sale Price of Comparables | | Net Adj. -3.2% Gross Adj. 16.6% $ | 579,625 | Net Adj. 1.2% Gross Adj. 13.1% $ | 566,600 | Net Adj. -8.1% Gross Adj. 18.7% $ | 698,167 |

| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | COMPARABLE SALE NO. 5 | COMPARABLE SALE NO. 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | CoreLogic/HARMLS | CoreLogic/HARMLS | CoreLogic/HARMLS | CoreLogic/HARMLS |
| Effective Date of Data Source(s) | 08/05/2024 | 08/05/2024 | 08/05/2024 | 08/05/2024 |

Summary of Sales Comparison Approach

**SALES COMPARISON APPROACH**

# Uniform Residential Appraisal Report

1660255141

File No. C24-08012

| FEATURE | SUBJECT | COMPARABLE SALE NO. 7 | | COMPARABLE SALE NO. 8 | | COMPARABLE SALE NO. 9 | |
|---|---|---|---|---|---|---|---|
| Address | 3001 Kleinmann Ave<br>Galveston, TX 77551 | 6 Compass Cir<br>Galveston, TX 77554 | | | | | |
| Proximity to Subject | | 1.39 miles SW | | | | | |
| Sale Price | $ | $ 769,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 370.96 sq. ft. | | $ 0.00 sq. ft. | | $ sq. ft. | |
| Data Source(s) | | HARMLS#86369669;DOM 81 | | | | | |
| Verification Source(s) | | HAR/MLS/CAD/Driveby | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | **Listing** | -23,916 | | | | |
| Date of Sale/Time | | c06/24 | | | | | |
| Location | N;Res; | N;Res; | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 8281 sf | 4403 sf | 0 | | | | |
| View | N;Res; | N;Res; | | | | | |
| Design (Style) | DT2;Traditional | DT2;Traditional | | | | | |
| Quality of Construction | Q3 | Q3 | | | | | |
| Actual Age | 39 | 6 | 0 | | | | |
| Condition | C3 | C2 | -30,000 | | | | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | 0 | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 6 / 3 / 2.0 | 7 / 4 / 2.1 | -5,000 | | | | |
| Gross Living Area 125 | 1,643 sq. ft. | 2,073 sq. ft. | -53,800 | sq. ft. | | sq. ft. | |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Central/Central | FWA/CAC | | | | | |
| Energy Efficient Items | CFan | CFan | | | | | |
| Garage/Carport | 2ga2dw | 2ga2dw | | | | | |
| Porch/Patio/Deck | Porch,Patio | Porch,Patio | | | | | |
| Fireplaces | None | 1 Fireplace | -2,500 | | | | |
| Pool | Pool | None, | +15,000 | | | | |
| Cottage | Cottage | None | +25,000 | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ 75,216 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. -9.8%<br>Gross Adj. 20.2% | $ 693,784 | Net Adj. %<br>Gross Adj. % | $ | Net Adj. %<br>Gross Adj. % | $ |

| ITEM | SUBJECT | COMPARABLE SALE NO. 7 | COMPARABLE SALE NO. 8 | COMPARABLE SALE NO. 9 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | CoreLogic/HARMLS | CoreLogic/HARMLS | | |
| Effective Date of Data Source(s) | 08/05/2024 | 08/05/2024 | | |

Summary of Sales Comparison Approach _____

SALES COMPARISON APPROACH

## ADDITIONAL COMMENTS

INTENDED USER: This appraisal is for the intended use of the Lender/Client, its successors and assigns.

HIGHEST AND BEST USE: The subject site is SFR/Deed Restricted and is surrounded by single-family dwellings; thus the highest and best use of the site and improvements is considered to be single-family residential based on market data.

PARAMETERS UTILIZED: The parameters utilized are within the last 12 months, however only the most recent sales were utilized which best reflect current market values. These existing home sales range from1300-2100 sf without gulfviews within 4 miles of the subject property in a similar market area with similar quality and appeal.

The neighborhood section and the Market Conditions Addendum of this report is based on the market area for the subject property as very limited information was available through HAR/MLS or county records; as Texas is a "Non-disclosure" and not "Open Records" state and sales information does not include over 70% of builder sales from the area.

The appraiser measured the subject dwelling and outbuilding exteriors to derive the subjects Gross Living Area measurement used in various places within the report, and to ascertain square footage footprints of any outbuilding. Appraiser's measurement may vary from that found in other sources, and is deemed more reliable for this report. The HARMLS and county records were researched for data used within this report. See attached attached sketch for GLA calculations and room layout.
No damage caused by severe storms, tornadoes, straight-line winds and flooding in the counties recently declared a disaster area.

1Sty vs 2Sty Market studies do not indicate any buyer preference or market value difference between one and two story houses in this area. Because no measurable differences exist, no adjustments would be required or utilized.

NOTE: As per TRIAD agents are no longer required to disclose loan type therefore, sales or financing concession are listed on MLS as Unknown.

Appraiser realizes that some of the sales are across a major road, but due to the lack of current comparable sales in the immediate area it was necessary to broaden our market area. They are all in the It is the appraiser's opinion that the sales utilized are consider to be the most similar sales at time of inspection and are considered reliable indicators of value.

## COST APPROACH

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   Land sales in the subject's neighborhood were researched, however, none were found. Therefore, the site value is obtained by the extraction method which estimates the percentage of total property value that the site contributes. M&S Cost Handbook page Avg Opinion of site value has been derived after all the improvements, amenities and upgrades have been extracted from the sales price.

| | | |
|---|---|---|
| ESTIMATED [X] REPRODUCTION OR [ ] REPLACEMENT COST NEW | OPINION OF SITE VALUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ | 125,000 |
| Source of cost data Appraisal files | Dwelling      1,643 Sq. Ft. @ $   275.00 . . . . . . . . . . . . = $ | 451,825 |
| Quality rating from cost service  Average     Effective date of cost data  Current | Cottage      75 Sq. Ft. @ $   150.00 . . . . . . . . . . . . = $ | 11,250 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | |
| Due to lack of land sales land value was derived utilizing the abstraction and allocation | Garage/Carport      475 Sq. Ft. @ $   37.00 . . . . . . . . . . . . = $ | 17,575 |
| method and/or HCAD and Stewart Title Data. Remaining economic life is 50 years. The | Total Estimate of Cost-New . . . . . . . . . . . . . = $ | 480,650 |
| appraiser measured the subject dwelling and outbuilding exteriors to derive the subject's | Less   60    Physical   Functional   External | |
| GLA using the Square Footage-Method for Calculating: ANSI 2765-2021 Measuring | Depreciation   $80,108    $0     = $ ( | 80,108) |
| Standard. Most consideration has been given to the Sales Comparison Approach/Market | Depreciated Cost of Improvements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ | 400,542 |
| Approach | "As-is" Value of Site Improvements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ | 10,000 |
| | Pool | 45,000 |
| Estimated Remaining Economic Life (HUD and VA only)      50 Years | INDICATED VALUE BY COST APPROACH . . . . . . . . . . . . . . . . . . . . . . = $ | 580,500 |

## INCOME

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____   X Gross Rent Multiplier _____ = $   0  Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)   The income approach was not considered reliable as the subject is located in a predominantly owner occupied area where homes are not typically marketed for their income producing potential.

## PUD INFORMATION

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   [ ] Yes  [ ] No   Unit type(s)  [ ] Detached  [ ] Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project

Total number of phases _____   Total number of units _____   Total number of units sold _____

Total number of units rented _____   Total number of units for sale _____   Data source(s) _____

Was the project created by the conversion of an existing building(s) into a PUD?  [ ] Yes  [ ] No   If Yes, date of conversion.

Does the project contain any multi-dwelling units?  [ ] Yes  [ ] No   Data source(s)

Are the units, common elements, and recreation facilities complete?  [ ] Yes  [ ] No   If No, describe the status of completion.  _____

Are the common elements leased to or by the Homeowners' Association?  [ ] Yes  [ ] No   If Yes, describe the rental terms and options.  _____

Describe common elements and recreational facilities.  _____

# Uniform Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Freddie Mac Form 70 March 2005     UAD Version 9/2011     Produced using ACI software, 800.234.8727 www.aciweb.com     Fannie Mae Form 1004 March 2005

Page 4 of 6

1004_05UAD 12182015

# Uniform Residential Appraisal Report

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

Freddie Mac Form 70 March 2005          UAD Version 9/2011          Produced using ACI software, 800.234.8727 www.aciweb.com          Fannie Mae Form 1004 March 2005

Page 5 of 6          1004_05UAD 12182015

# Uniform Residential Appraisal Report

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Carlos Millan (signature)_ | Signature _____ |
| Name Carlos Millan | Name _____ |
| Company Name Texas Residential Appraisal Group | Company Name _____ |
| Company Address 12426 N Shadow Lake Ln | Company Address _____ |
| Cypress, TX 77429 | _____ |
| Telephone Number 281-970-8203 | Telephone Number _____ |
| Email Address millanappraisals@aol.com | Email Address _____ |
| Date of Signature and Report 08/30/2024 | Date of Signature _____ |
| Effective Date of Appraisal 08/08/2024 | State Certification # _____ |
| State Certification # TX-1333009-R | or State License # _____ |
| or State License # _____ | State _____ |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License _____ |
| State TX | |
| Expiration Date of Certification or License 11/30/2025 | |

| | |
|---|---|
| ADDRESS OF PROPERTY APPRAISED | SUBJECT PROPERTY |
| 3001 Kleinmann Ave | ☐ Did not inspect subject property |
| Galveston, TX 77551 | ☐ Did inspect exterior of subject property from street |
| | Date of Inspection _____ |
| | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 570,000 | Date of Inspection _____ |
| LENDER/CLIENT | |
| Name No AMC | COMPARABLE SALES |
| Company Name Val-Chris Investments, Inc | ☐ Did not inspect exterior of comparable sales from street |
| Company Address 2601 Main St, Suite 400 | ☐ Did inspect exterior of comparable sales from street |
| Irvine, CA 92614 | Date of Inspection _____ |
| Email Address _____ | |

Freddie Mac Form 70 March 2005　　　UAD Version 9/2011　　Produced using ACI software, 800.234.8727 www.aciweb.com　　　Fannie Mae Form 1004 March 2005

Page 6 of 6　　　　　　1004_05UAD 12182015

Texas Residential Appraisal Group

## Condition Ratings and Definitions

**C1** The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2** The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3** The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4** The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5** The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6** The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

## Quality Ratings and Definitions

**Q1** Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2** Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3** Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4** Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5** Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6** Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

## Definitions of Not Updated, Updated, and Remodeled

### Not Updated
Little or no updating or modernization. This description includes, but is not limited to, new homes.
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical /functional deterioration.

### Updated
The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

### Remodeled
Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/ or expansion.
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

The number of full and half baths is reported by separating the two values by a period. The full bath is represented to the left of the period. The half bath count is represented to the right of the period. Three-quarter baths are to be counted as a full bath in all cases. Quarter baths (baths that feature only toilet) are not to be included in the bathroom count.

# Uniform Appraisal Dataset Definitions

1660255141
File No. C24-08012

## Abbreviations Used in Data Standardization Text

| Abbrev. | Full Name | Appropriate Fields | Abbrev. | Full Name | Appropriate Fields |
|---|---|---|---|---|---|
| ac | Acres | Area, Site | in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| AdjPrk | Adjacent to Park | Location | Lndfl | Landfill | Location |
| AdjPwr | Adjacent to Power Lines | Location | LtdSght | Limited Sight | View |
| A | Adverse | Location & View | Listing | Listing | Sale or Financing Concessions |
| ArmLth | Arms Length Sale | Sale or Financing Concessions | MR | Mid-Rise Structure | Design(Style) |
| AT | Attached Structure | Design(Style) | Mtn | Mountain View | View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade | N | Neutral | Location & View |
| br | Bedroom | Basement & Finished Rooms Below Grade | NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| B | Beneficial | Location & View | op | Open | Garage/Carport |
| BsyRd | Busy Road | Location | o | Other | Basement & Finished Rooms Below Grade |
| cp | Carport | Garage/Carport | O | Other | Design(Style) |
| Cash | Cash | Sale or Financing Concessions | Prk | Park View | View |
| CtySky | City View Skyline View | View | Pstrl | Pastoral View | View |
| CtyStr | City Street View | View | PwrLn | Power Lines | View |
| Comm | Commercial Influence | Location | PubTrn | Public Transportation | Location |
| c | Contracted Date | Date of Sale/Time | rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Conv | Conventional | Sale or Financing Concessions | Relo | Relocation Sale | Sale or Financing Concessions |
| cv | Covered | Garage/Carport | REO | REO Sale | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions | Res | Residential | Location & View |
| DOM | Days On Market | Data Sources | RT | Row or Townhouse | Design(Style) |
| DT | Detached Structure | Design(Style) | RH | Rural Housing - USDA | Sale or Financing Concessions |
| dw | Driveway | Garage/Carport | SD | Semi-detached Structure | Design(Style) |
| Estate | Estate Sale | Sale or Financing Concessions | s | Settlement Date | Date of Sale/Time |
| e | Expiration Date | Date of Sale/Time | Short | Short Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions | sf | Square Feet | Area, Site, Basement |
| g | Garage | Garage/Carport | sqm | Square Meters | Area, Site, Basement |
| ga | Garage - Attached | Garage/Carport | Unk | Unknown | Date of Sale/Time |
| gbi | Garage - Built-in | Garage/Carport | VA | Veterans Administration | Sale or Financing Concessions |
| gd | Garage - Detached | Garage/Carport | wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| GR | Garden Structure | Design(Style) | wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| GlfCse | Golf Course | Location | WtrFr | Water Frontage | Location |
| Glfvw | Golf Course View | View | Wtr | Water View | View |
| HR | High Rise Structure | Design(Style) | w | Withdrawn Date | Date of Sale/Time |
| Ind | Industrial | Location & View | Woods | Woods View | View |

## Other Appraiser-Defined Abbreviations

| Abbrev. | Full Name | Appropriate Fields | Abbrev. | Full Name | Appropriate Fields |
|---|---|---|---|---|---|
| | | | | | |

# ADDENDUM

**Highest and Best Use**
The subject site is SFR/Deed Restricted and is surrounded by single-family dwellings; thus the highest and best use of the site and improvements is considered to be single-family residential based on market data.

**Comments on Sales Comparison**

No Zoning is common and typical for the subjects location and has no adverse impact on marketability.

**Cost Approach Comments**

**Utilities were on at time of inspection.**

Sale 1 adjusted for GLA, fireplace, no pool or cottage.
Sale 2 adjusted for location-commercial, GLA, fireplace and no cottage.
Sale 3 adjusted for location-commercial, age, bath count, GLA, garage count and no pool.
Sale 4 adjusted for condition, bath count, GLA, no pool or cottage.
Sale 5 adjusted for condition, GLA, no pool or cottage.
Sale 6 an active listing adjusted for SP to LP ratio, waterview, condition, bath count, GLA, no pool or cottage.

**Adjustments for sellers concessions were only made on sales which reflect an increase in sales price from the original list price to cover the concessions. in this market area. Bath count, covered patios and GLA adjustments are based on what the market reaction of buyers and sellers and market acceptance in competing sales that are located in the subdivision and competing communities within the subjects market area. The age and quality adjustments are combined based on depreciation and remaining economic life, this is based on updates or lack of updates and overall condition. This is determines on comments and photo that are provided by agents on MLS listing. View adjustments are based on market reaction from buyers it appears as of the noise levels from a railroad tracks and busy street have similar impact therefore the adjustments are the same.**

**Condition reflects the improvements feature deferred maintenance, physical depreciation, conversion costs and required repairs as per listing photos and based on matched paired sales analysis.**
**Condition reflects the market reaction to homes that are "never lived in."**

**Appraiser realizes that the distance of the comparables may exceed typical guidelines, but due to the lack of current comparable sales in the immediate area it was necessary to broaden our market area. It is the appraiser's opinion that the sales utilized are consider to be the most similar sales at time of inspection and are considered reliable indicators of value.**

**The adjustments made by the appraiser are market derived, and based upon match paired sales analysis. The quality and condition ratings for the subject and comparable sales are based upon my personal inspection of the subject, and my interpretation of the photos and comments for comparable sales from the MLS, and how they compare to the subject. The appraiser is not privy to and does not have access or knowledge of quality and condition ratings from other appraiser's peers for the same comparable sales utilized. Additionally, the appraiser does not have knowledge or information regarding the adjustment methods utilized by other appraiser's peers.**

**Elizabeth N Newcomer, Trainee #1343779, provided significant assistance collecting subject information, researching comparable data, analyzing current market trends and in developing the report.**

# Market Conditions Addendum to the Appraisal Report

1660255141

File No. C24-08012

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address 3001 Kleinmann Ave   City Galveston   State TX   Zip Code 77551

Borrower Daniel Higgens

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 48 | 23 | 24 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 8.00 | 7.67 | 8.00 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 19 | 40 | 55 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 2.38 | 5.22 | 6.88 | ☐ Declining | ☒ Stable | ☐ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 339,950 | 329,000 | 315,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 37 | 69 | 9 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | 360,000 | 371,750 | 349,900 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 105 | 64 | 77 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 96.70% | 95.69% | 96.79% | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☐ Yes | ☒ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.). HARMLS indicates there were 95 closed sales during the past 12 months and 22 of those sales contained seller concessions which is 23% of the total transactions in this market area. Prior Months 7-12: 48 Sales; 11 with concessions; 23% of sales for this period. 4-6: 23 Sales; 8 with concessions; 35% of sales for this period. 0-3: 24 Sales; 3 with concessions; 13% of sales for this period. The concessions ranged between $200 and $17,000. The median concession amount is $6,625.

Are foreclosure sales (REO sales) a factor in the market? ☐ Yes ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties). The data used in the grid above does not indicate there were any REO/Short sales or other distressed properties associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some distressed sales that were not reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Cite data sources for above information. HARMLS was the data source used to complete the Market Conditions Addendum.  8/5/2024

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions. **We consider the market to be stable as the number of closed sales for the past 12 months has been relatively consistent.

| If the subject is a unit in a condominium or cooperative project , complete the following: | | | | Project Name: | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project? ☐ Yes ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

## APPRAISER

Signature _____

Name Carlos Millan

Company Name Texas Residential Appraisal Group

Company Address 12426 N Shadow Lake Ln

Cypress, TX 77429

State License/Certification # TX-1333009-R   State TX

Email Address  millanappraisals@aol.com

## SUPERVISORY APPRAISER (ONLY IF REQUIRED)

Signature _____

Name _____

Company Name _____

Company Address _____

State License/Certification # _____ State _____

Email Address _____

MARKET RESEARCH & ANALYSIS

CONDO / CO-OP PROJECTS

APPRAISER

# FLOORPLAN SKETCH

| | |
|---|---|
| Borrower: Daniel Higgens | File No.: C24-08012 |
| Property Address: 3001 Kleinmann Ave | Case No.: 1660255141 |
| City: Galveston | State: TX    Zip: 77551 |
| Lender: Val-Chris Investments, Inc | |

**Sketch**



**First Floor**

[Area: 1643 ft²]



**Cottage**

[Area: 735 ft²]

14 ft

| Living Area | | Nonliving Area | |
|---|---|---|---|
| First Floor | 1843 ft² | 2 Car Garage | 475 ft² |
| | | Concrete Patio | 465.00 ft² |
| | | Cottage | 735.00 ft² |
| **Total Living Area (rounded):** | **1643 ft²** | **Total Non-Living Area (rounded):** | **1675 ft²** |

# SUBJECT PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: Daniel Higgens | File No.: C24-08012 |
| Property Address: 3001 Kleinmann Ave | Case No.: 1660255141 |
| City: Galveston | State: TX | Zip: 77551 |
| Lender: Val-Chris Investments, Inc | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: August 8, 2024
Appraised Value: $ 570,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

| | |
|---|---|
| Borrower: Daniel Higgens | File No.: C24-08012 |
| Property Address: 3001 Kleinmann Ave | Case No.: 1660255141 |
| City: Galveston | State: TX    Zip: 77551 |
| Lender: Val-Chris Investments, Inc | |



Street verification



Additional street scene



Front view



Pool



Cottage



Rear/side view

| | |
|---|---|
| Borrower: Daniel Higgens | File No.: C24-08012 |
| Property Address: 3001 Kleinmann Ave | Case No.: 1660255141 |
| City: Galveston | State: TX    Zip: 77551 |
| Lender: Val-Chris Investments, Inc | |



Rear/side view



Pool



External - see comments



Fence



Cottage - kitchen



Cottage - Dining

| | |
|---|---|
| Borrower: Daniel Higgens | File No.: C24-08012 |
| Property Address: 3001 Kleinmann Ave | Case No.: 1660255141 |
| City: Galveston | State: TX    Zip: 77551 |
| Lender: Val-Chris Investments, Inc | |



Cottage - living



Cottage - bedroom



Cottage - bath



Cottage - closet



Cottage - side view



External - see comments

| | |
|---|---|
| Borrower: Daniel Higgens | File No.: C24-08012 |
| Property Address: 3001 Kleinmann Ave | Case No.: 1660255141 |
| City: Galveston | State: TX  Zip: 77551 |
| Lender: Val-Chris Investments, Inc | |



Garage



Foyer



Living



Kitchen



Dining



Bedroom 1

| | |
|---|---|
| Borrower: Daniel Higgens | File No.: C24-08012 |
| Property Address: 3001 Kleinmann Ave | Case No.: 1660255141 |
| City: Galveston | State: TX  Zip: 77551 |
| Lender: Val-Chris Investments, Inc | |



Bedroom 2



Bedroom 3



Bath 1



Bath 2

| | |
|---|---|
| Borrower: Daniel Higgens | File No.: C24-08012 |
| Property Address: 3001 Kleinmann Ave | Case No.: 1660255141 |
| City: Galveston State: TX | Zip: 77551 |
| Lender: Val-Chris Investments, Inc | |



### COMPARABLE SALE #1

18 Colony Park Cir
Galveston, TX 77551
Sale Date: s02/24;c01/24
Sale Price: $ 575,000



### COMPARABLE SALE #2

5228 Avenue U
Galveston, TX 77551
Sale Date: s03/24;c02/24
Sale Price: $ 607,800



### COMPARABLE SALE #3

1512 25th St
Galveston, TX 77550
Sale Date: s05/24;c03/24
Sale Price: $ 510,000

# COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: Daniel Higgens | File No.: C24-08012 |
| Property Address: 3001 Kleinmann Ave | Case No.: 1660255141 |
| City: Galveston State: TX | Zip: 77551 |
| Lender: Val-Chris Investments, Inc | |



### COMPARABLE SALE #4

7 Broad St
Galveston, TX 77554
Sale Date: s06/24;c06/24
Sale Price: $ 598,725



### COMPARABLE SALE #5

5 Broad St
Galveston, TX 77554
Sale Date: s02/24;c01/24
Sale Price: $ 560,000



### COMPARABLE SALE #6

11 Porch St
Galveston, TX 77554
Sale Date: Active
Sale Price: $ 759,900

| | |
|---|---|
| Borrower: Daniel Higgens | File No.: C24-08012 |
| Property Address: 3001 Kleinmann Ave | Case No.: 1660255141 |
| City: Galveston | State: TX      Zip: 77551 |
| Lender: Val-Chris Investments, Inc | |



### COMPARABLE SALE #7

6 Compass Cir
Galveston, TX 77554
Sale Date: c06/24
Sale Price: $ 769,000

### COMPARABLE SALE #8

Sale Date:
Sale Price: $

### COMPARABLE SALE #9

Sale Date:
Sale Price: $

1660255141

# USPAP ADDENDUM

File No. **C24-08012**

Borrower: Daniel Higgens
Property Address: 3001 Kleinmann Ave
City: Galveston          County: Galveston          State: TX          Zip Code: 77551
Lender: Val-Chris Investments, Inc

## APPRAISAL AND REPORT IDENTIFICATION

**This report was prepared under the following USPAP reporting option:**

[X]  Appraisal Report          A written report prepared under Standards Rule 2-2(a).

[ ]  Restricted Appraisal Report          A written report prepared under Standards Rule 2-2(b).

## Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: Under 3 months

## Additional Certifications

[ ] I have performed **NO** services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

[X] I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

## Additional Comments

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: | Signature: |
| Name: Carlos Millan | Name: |
| Date Signed: 08/30/2024 | Date Signed: |
| State Certification #: TX-1333009-R | State Certification #: |
| or State License #: | or State License #: |
| or Other (describe): _____ State #: _____ | State: |
| State: TX | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: 11/30/2025 | Supervisory Appraiser inspection of Subject Property: |
| Effective Date of Appraisal: 08/08/2024 | [ ] Did Not  [ ] Exterior-only from street  [ ] Interior and Exterior |

USPAP_14 04272015

# LOCATION MAP

Borrower: Daniel Higgens

Property Address: 3001 Kleinmann Ave

City: Galveston     State: TX     Zip: 77551

Lender: Val-Chris Investments, Inc

File No.: C24-08012

Case No.: 1660255141

# FLOOD MAP

| | |
|---|---|
| Borrower: Daniel Higgens | File No.: C24-08012 |
| Property Address: 3001 Kleinmann Ave | Case No.: 1660255141 |
| City: Galveston | State: TX     Zip: 77551 |
| Lender: Val-Chris Investments, Inc | |



## FLOOD INFORMATION

**Community:** CITY OF GALVESTON
Property is in a FEMA Special Flood Hazard Area - High Risk
**Map Number:** 48167C0438G
**Panel:** 48167C0438
**Zone:** AE
**Map Date:** 08-15-2019
**FIPS:** 48167
**Source:** FEMA DFIRM

## LEGEND

█ = FEMA Special Flood Hazard Area – High Risk

█ = Moderate and Minimal Risk Areas

**Road View:**

█ = Forest     █ = Water

## Sky Flood™

No representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose is implied or provided. Visual scaling factors differ between map layers and are separate from flood zone information at marker location. No liability is accepted to any third party for any use or misuse of this flood map or its data.

| | |
|---|---|
| Borrower: Daniel Higgens | File No.: C24-08012 |
| Property Address: 3001 Kleinmann Ave | Case No.: 1660255141 |
| City: Galveston | State: TX   Zip: 77551 |
| Lender: Val-Chris Investments, Inc | |



## GREATAMERICAN.
### INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒   Great American Assurance Company

Note: The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number: **RAP3364013-24**          Renewal of: **RAP3364013-23**

Program Administrator:       **Herbert H. Landy Insurance Agency Inc.**
**100 River Ridge Drive, Suite 301  Norwood, MA 02062**

---

**Item 1. Named Insured:**     **Carlos Millan**

**Item 2. Address:**       **12426 N Shadow Lake Lane**

City, State, Zip Code:     **Cypress, TX 77429**

**Item 3. Policy Period:** From     **04/17/2024**     To     **04/17/2025**
*(Month, Day, Year)*     *(Month, Day, Year)*
(Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

**Item 4. Limits of Liability:**

A.  $   **1,000,000**     **Damages** Limit of Liability – Each **Claim**

B.  $   **1,000,000**     **Claim Expenses** Limit of Liability – Each **Claim**

C.  $   **2,000,000**     **Damages** Limit of Liability – Policy Aggregate

D.  $   **2,000,000**     **Claim Expenses** Limit of Liability – Policy Aggregate

**Item 5.  Deductible (Inclusive of Claim Expenses):**

A.  $   **0.00**     Each **Claim**

B.  $   **0.00**     Aggregate

**Item 6. Premium:** $     **1,117.00**

**Item 7. Retroactive Date** (if applicable):     **04/17/2009**

**Item 8. Forms, Notices and Endorsements attached:**
**D42100 (03/15)  D42300 TX (05/13)  IL7324 (07/21)**
**D42402 (05/13)  D42408 (05/13)  D42412 (03/17)  D42413 (06/17)**
**D42414 (08/19)**

_Beta a megman_
Authorized Representative

D42101 (03/15)                                                     Page 1 of 1

| Borrower: Daniel Higgens | File No.: C24-08012 |
|---|---|
| Property Address: 3001 Kleinmann Ave | Case No.: 1660255141 |
| City: Galveston | State: TX · Zip: 77551 |
| Lender: Val-Chris Investments, Inc | |



## Certified Residential Real Estate Appraiser

**TALCB**
TEXAS APPRAISER LICENSING & CERTIFICATION BOARD

Appraiser: **CARLOS MILLAN**

License #: **TX 1333009 R**     License Expires: **11/30/2025**

Having provided satisfactory evidence of the qualifications required by the Texas Appraiser Licensing and Certification Act, Occupations Code, Chapter 1103, authorization is granted to use this title: Certified Residential Real Estate Appraiser

For additional information or to file a complaint please contact TALCB at www.talcb.texas.gov.

**Chelsea Buchholtz**
**Commissioner**

# DIMENSION LIST ADDENDUM

| | |
|---|---|
| Borrower: Daniel Higgens | File No.: C24-08012 |
| Property Address: 3001 Kleinmann Ave | Case No.: 1660255141 |
| City: Galveston | State: TX     Zip: 77551 |
| Lender: Val-Chris Investments, Inc | |

| GROSS BUILDING AREA (GBA) | 1,643 |
|---|---|
| GROSS LIVING AREA (GLA) | 1,643 |

| Area(s) | Area | % of GLA | % of GBA |
|---|---|---|---|
| Living | 1,643 | | 100.00 |
| Level 1 | 1,643 | 100.00 | 100.00 |
| Level 2 | 0 | 0.00 | 0.00 |
| Level 3 | 0 | 0.00 | 0.00 |
| Other | 0 | 0.00 | 0.00 |

| | GBA | | |
|---|---|---|---|
| Basement | ☐ | | |
| Garage | ☐ | 475 | |
| Other | ☐ | 1,200 | |

## Area Measurements

| Measurements | Factor | Total | Level 1 | Level 2 | Level 3 | Other | Bsmt. | Garage |
|---|---|---|---|---|---|---|---|---|
| 18.00 x 31.00 | x 1.00 | = 558.00 | X | ☐ | ☐ | ☐ | ☐ | ☐ |
| 35.00 x 31.00 | x 0.50 | = 542.50 | X | ☐ | ☐ | ☐ | ☐ | ☐ |
| 35.00 x 31.00 | x 0.50 | = 542.50 | X | ☐ | ☐ | ☐ | ☐ | ☐ |
| 19.00 x 25.00 | x 1.00 | = 475.00 | ☐ | ☐ | ☐ | ☐ | ☐ | X |

# AERIAL MAP

Borrower: Daniel Higgens

Property Address: 3001 Kleinmann Ave

City: Galveston

Lender: Val-Chris Investments, Inc

File No.: C24-08012

Case No.: 1660255141

State: TX   Zip: 77551



| Borrower: Daniel Higgens | File No.: C24-08012 | |
|---|---|---|
| Property Address: 3001 Kleinmann Ave | Case No.: 1660255141 | |
| City: Galveston | State: TX | Zip: 77551 |
| Lender: Val-Chris Investments, Inc | | |



| | | |
|---|---|---|
| Borrower: Daniel Higgens | File No.: C24-08012 | |
| Property Address: 3001 Kleinmann Ave | Case No.: 1660255141 | |
| City: Galveston | State: TX | Zip: 77551 |
| Lender: Val-Chris Investments, Inc | | |



| | |
|---|---|
| Borrower: Daniel Higgens | File No.: C24-08012 |
| Property Address: 3001 Kleinmann Ave | Case No.: 1660255141 |
| City: Galveston | State: TX    Zip: 77551 |
| Lender: Val-Chris Investments, Inc | |

