Docusign Envelope ID: EA26323A-9858-835C-8367-B6E8337D4CDA

EXHIBIT

1

**In the United States District Court**
**For the Southern District of Texas**
**Galveston Division**

**Daniel P. Higgins,**
Plaintiff,

v.

**Val-Chris Investments, Inc.**
Defendant.

**Civil Action No. 3:26-cv-00045**

**<u>Declaration of Daniel Higgins</u>**

Daniel Higgins declares the following pursuant to 28 USC § 1746:

1.  My name is Daniel Higgins. I have lived at 3001 Kliemann Avenue, Galveston, Texas 77551 (the "Property") since approximately 2008. I have continuously and openly resided in and occupied the Property since that time. I continue to occupy, reside in, and claim the homestead exemption on the Property. My personal property is located in the Property, and I return to it eat, sleep, and otherwise reside.

2.  I leased-out the auxiliary dwelling unit on the Property to Knycie Quitta in 2020. But, despite this, I have remained in the main residence throughout the lease.

3.  I signed a loan agreement with Defendant Val-Chris Investments, Inc. ("VCI") secured by lien on the Property in 2024. At the time of that loan agreement, I openly and physically resided in the Property.

I declare under penalty of perjury that the foregoing is true, correct, and of my own personal knowledge.

Signed on April 20, 2026.

Signed by:

B69D8ED43AFB402...

Daniel Higgins