EXHIBIT 2

## CONFIDENTIAL STATEMENT OF INFORMATION

**PARTY ONE**

FULL NAME: ___DANIEL P. HIGGINS___

FORMER LAST NAME(S), IF ANY: _____

BIRTHPLACE: ___GALVESTON, TEXAS___  BIRTH DATE: _9/19/1975_

SOCIAL SECURITY NUMBER: _____  DRIVER LICENSE NUMBER: _TDL 10447115_

HOME PHONE NUMBER: _____  MOBILE PHONE: _409-692-3811_

I AM: ☑ SINGLE ☐ MARRIED ☐ HAVE A DOMESTIC PARTNER

NAME OF CURRENT SPOUSE/ DOMESTIC PARTNER (IF DIFFERENT FROM PARTY 2): _____

NAME OF FORMER SPOUSE/ DOMESTIC PARTNER (IF NONE, WRITE "NONE"): _____

**PARTY TWO**

FULL NAME: _____

FORMER LAST NAME(S), IF ANY: _____

BIRTHPLACE: _____  BIRTH DATE: _____

SOCIAL SECURITY NUMBER: _____  DRIVER LICENSE NUMBER: _____

HOME PHONE NUMBER: _____  MOBILE PHONE: _____

I AM: ☐ SINGLE ☐ MARRIED ☐ HAVE A DOMESTIC PARTNER

NAME OF CURRENT SPOUSE/ DOMESTIC PARTNER (IF DIFFERENT FROM PARTY 1): _____

NAME OF FORMER SPOUSE/ DOMESTIC PARTNER (IF NONE, WRITE "NONE"): _____

**RESIDENCES IN THE LAST 10 YEARS (NUMBER, STREET, CITY, STATE, ZIP; FROM DATE - TO DATE):**
PARTY 1: _3001 KLEINMANN, GALVESTON, TX  77551_

PARTY 2: _____

**OCCUPATIONS IN THE LAST 10 YEARS: (OCCUPATION, FIRM NAME, ADDRESS, NUMBER OF YEARS):**
PARTY 1: _Self employed, owner of DK Contracting_

PARTY 2: _____

| | | | |
|---|---|---|---|
| _(signature)_ | _7/31/24_ | | |
| PARTY 1 SIGNATURE | DATE | PARTY 2 SIGNATURE | DATE |

Val-Chris00125