**EXHIBIT 3**



Val-Chris00146