EXHIBIT
4

# Homeowners Policy



Texas FAIR Plan Association
PO BOX 99080
Austin, TX 78709-9080

Policy Declaration

| Policy Number | Effective Date/Time | Expiration Date/Time |
|---|---|---|
| TFPH0700122037 | August 9, 2024 12:01 a.m. | August 9, 2025 12:01 a.m. |

| Named Insured and Address | Agent |
|---|---|
| DANIEL P HIGGINS<br>3001 KLEINMANN AVE<br>GALVESTON, TX  77551-1559 | JULIA F SHAW<br>JULIA F SHAW - PRODUCER GROUP<br>1802 BROADWAY ST STE 118<br>GALVESTON, TX  77550-4953<br><br>Phone: (409) 765-9515 |

## LOCATION INFORMATION

| LOCATION ADDRESS | CONSTRUCTION | YEAR BUILT | OCCUPANCY | PPC | COUNTY |
|---|---|---|---|---|---|
| 3001 Kleinmann Ave Galveston, TX  77551 | Brick or Stone Veneer | 1984 | Owner Occupied | 02 | GALVESTON |

## COVERAGE SUMMARY

TOTAL POLICY PREMIUM $752.75

*$100 minimum earned premium applies*

| SECTION I PROPERTY COVERAGES | AMOUNTS | LIMITS | PREMIUMS |
|---|---|---|---|
| Coverage A | | | |
| Dwelling | | $256,200 | $1,789.00 |
| Other Structures | | $25,620 | Included |
| Loss Of Use | | $25,620 | Included |
| Coverage B | | | |
| Personal Property | | $128,100 | Included |

| SECTION I DEDUCTIBLES | AMOUNTS | LIMITS | PREMIUMS |
|---|---|---|---|
| Other Perils | $2,562 | | Included |
| Wind or Hail | $2,562 | | Included |

Val-Chris00079

# Homeowners Policy



Texas FAIR Plan Association
PO BOX 99080
Austin, TX 78709-9080

Policy Declaration

| Policy Number | Effective Date/Time | Expiration Date/Time |
|---|---|---|
| TFPH0700122037 | August 9, 2024 12:01 a.m. | August 9, 2025 12:01 a.m. |

| Named Insured and Address | Agent |
|---|---|
| DANIEL P HIGGINS<br>3001 KLEINMANN AVE<br>GALVESTON, TX 77551-1559 | JULIA F SHAW<br>JULIA F SHAW - PRODUCER GROUP<br>1802 BROADWAY ST STE 118<br>GALVESTON, TX 77550-4953<br><br>Phone: (409) 765-9515 |

| SECTION II LIABILITY COVERAGES | AMOUNTS | LIMITS | PREMIUMS |
|---|---|---|---|
| Coverage C | | | |
| Personal Liability | | $300,000 | $19.00 |
| Coverage D | | | |
| Medical Payments to Others | | | |
| Limit - Per Person | | $5,000 | Included |
| Limit - Per Occurrence | | $25,000 | Included |

| POLICY FORMS AND ENDORSEMENTS | | | | |
|---|---|---|---|---|
| NUMBER | EDITION | NAME | LIMITS | PREMIUMS |
| HO | 6/1/2018 | TFPA Homeowners Policy | N/A | Included |
| ASB EXCL | 2/1/2017 | Asbestos Exclusion Disclosure | N/A | Included |
| HO-140 | 2/1/2017 | Windstorm and Hail Exclusion Agreement | N/A | -$1,033.00 |
| HO-400 | 2/1/2017 | Sudden and Accidental Discharge, Eruption, Overflow or Release of Water or Steam | $5,000 | $138.00 |
| HO-802 | 2/1/2017 | Replacement Cost Coverage A (Dwelling) | Included | Included |
| HO-803 | 2/1/2017 | Replacement Cost for Personal Property | Included | $89.00 |

| CREDITS AND SURCHARGES | |
|---|---|
| DESCRIPTION | PREMIUMS |
| Home Security Devices Credit | -$50.00 |
| Loss History Adjustment | -$200.00 |
| Volunteer Firefighter Assessment | $0.75 |

**Val-Chris00080**