| A. | B. TYPE OF LOAN |
|---|---|
| **U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT** **FINAL SETTLEMENT STATEMENT** | 1. ☐ FHA  2. ☐ FmHA  3. ☒ Conv. Unins  4. ☐ VA  5. ☐ Conv. Ins |

| 6. FILE NUMBER: FTDAL-16-9000162400369-D | 7. LOAN NUMBER 20047 |
|---|---|
| 8. MORTGAGE INS CASE NUMBER: | |

**EXHIBIT 5**

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0   3/98

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Daniel P Higgins 2130 Winding Springs Dr League City, TX 77573 | | Val-Chris Investments LLC 2601 Main St Ste 400 Irvine, CA 92614 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT DATE: |
|---|---|---|
| 3001 Kleinmann Avenue Galveston, TX 77551 Galveston County, Texas Lot(s): 1 Unit(S): ABST 121 PAGE 79 LOT 1 & ADJ ALLEY KLEINMANN ADDN | Fidelity National Title Agency, Inc. **PLACE OF SETTLEMENT:** 1261 West Green Oaks Blvd. Suite 101 Arlington, TX 76013 | October 29, 2024 **DISBURSEMENT DATE:** October 30, 2024 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 41,681.08 | 403. | |
| 104. Payoff to Val-Chris Investments Inc | 269,134.97 | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/Town taxes | | 406. City/Town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| *120. GROSS AMOUNT DUE FROM BORROWER* | 310,816.05 | *420. GROSS AMOUNT DUE TO SELLER* | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 330,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/Town taxes | | 510. City/Town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| *220. TOTAL PAID BY/FOR BORROWER* | 330,000.00 | *520. TOTAL REDUCTION AMOUNT DUE SELLER* | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross amount due from Borrower (Line 120) | 310,816.05 | 601. Gross amount due to Seller (Line 420) | |
| 302. Less amount paid by/for Borrower (Line 220) | ( -330,000.00) | 602. Less reductions due Seller (Line 520) | ( ) |
| *303. CASH TO BORROWER* | 19,183.95 | *603. CASH TO/FROM SELLER* | |

## L. Settlement Charges

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. | TOTAL COMMISSION Based on Price $ @ % | | | |
| | Division of Commission (line 700) as Follows: | | | |
| 701. | to | | | |
| 702. | to | | | |
| 703. | Commission Paid at Settlement | | | |
| 704. | to | | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. | Loan Origination Fee % to | | | |
| 802. | Loan Discount % to | | | |
| 803. | Appraisal fee to | | | |
| 804. | Credit report to | | | |
| 805. | Lender's inspection fee to | | | |
| 806. | Mortgage insurance application fee to | | | |
| 807. | Assumption fee to | | | |
| 808. | Notary Fee to Val-Chris CFL 6035063 | | 15.00 | |
| 809. | Underwriting Fee to Val-Chris CFL 6035063 | | 995.00 | |
| 810. | Doc Fee to Val-Chris CFL 6035063 | | 1,595.00 | |
| 811. | Lender Commission to Val-Chris CFL 6035063 | | 6,600.00 | |
| 812. | Broker Commission to LendMe Inc DRE 02119364 | | 9,900.00 | |
| 813. | Processing Fee to LendMe Inc DRE 02119364 | | 3,000.00 | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. | Interest from 10/30/24 to 11/01/24 to Val-Chris CFL 6035063 @ $ 119.07/day (2 days @ %) | | 238.15 | |
| 902. | Mortgage insurance premium for month to | | | |
| 903. | Hazard insurance premium for 1.0 year to SMI Agency | | 11,734.09 | |
| 904. | for year to | | | |
| 905. | to | | | |
| 906. | to | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER | | | |
| 1001. | Hazard insurance months @ $ per month to | | | |
| 1002. | Mortgage insurance months @ $ per month to | | | |
| 1003. | City property taxes months @ $ per month to | | | |
| 1004. | County property taxes months @ $ per month to | | | |
| 1005. | Annual assessments months @ $ per month to | | | |
| 1006. | months @ $ per month to | | | |
| 1007. | months @ $ per month to | | | |
| 1008. | months @ $ per month to | | | |
| 1100. | TITLE CHARGES | | | |
| 1101. | Settlement or closing fee to Fidelity National Title Agency, Inc. | | 500.00 | |
| 1102. | Abstract or title search to | | | |
| 1103. | Title examination to | | | |
| 1104. | Title insurance binder to | | | |
| 1105. | Document preparation to | | | |
| 1106. | Notary fees to BNN Services | | 275.00 | |
| 1107. | Attorney's fees to | | | |
| 1108. | Title insurance to Fidelity National Title Agency, Inc. | | 1,836.95 | |
| 1109. | Lender's coverage $ 412,500.00 1,668.00 | | | |
| 1110. | Owner's coverage | | | |
| 1111. | Tax Cert to TitleLogix Solutions | | 71.00 | |
| 1112. | E-Record Fee to Fidelity National Title Agency, Inc. | | 9.38 | |
| 1113. | to | | | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. | Recording fees: Deed ; Mortgage $ 162.00; Releases to Fidelity National | | 162.00 | |
| 1202. | City/County tax/stamps: Deed ; Mortgage to | | | |
| 1203. | State tax/stamps: Deed ; Mortgage to | | | |
| 1204. | to | | | |
| 1205. | to | | | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. | Survey to | | | |
| 1302. | Pest inspection to | | | |
| 1303. | 2024 Property Taxes to Galveston County Tax Assessor | | 4,749.51 | |
| 1304. | to | | | |
| 1305. | to | | | |
| 1400. | TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K) | | 41,681.08 | |