**In the United States District Court
For the Southern District of Texas
Galveston Division**

| | |
|---|---|
| **Daniel P. Higgins,**<br>Plaintiff,<br><br>v.<br><br>**Val-Chris Investments, Inc.**<br>Defendant. | **Civil Action No. 3:26-cv-00045** |

<u>**Temporary Restraining Order**</u>

The Court grants Higgins's Application for Temporary Restraining Order and Preliminary Injunction as follows.

The Court finds that the last peaceable status quo was Plaintiff being in possession of the real property located at 3001 Kliemann Avenue, Galveston, Texas 77551 (the "Property"). Plaintiff faces irreparable injury if Defendant forecloses on its lien against the Property (the "Lien"). This harm substantially outweighs any potential harm to Defendant from a delay in foreclosure. The public interest favors protection of borrowers' homesteads over Defendants' interest in foreclosing on the Property. Plaintiff has a substantial likelihood of success on the merits because (1) Defendant did not provide the required notice of default and opportunity to cure before initiating foreclosure proceedings on a residence and (2) the Lien is likely invalid as the underlying loan did not comply with the restrictions in the Texas Constitution for placing a lien on a homestead.

The Court accordingly enjoins Defendant, its officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert with the foregoing from the following acts:

- proceeding with the currently-scheduled non-judicial foreclosure of the Property;

- initiating or carrying out any non-judicial foreclosure of the Property without leave of the Court.

The Court requires security of $100 as a condition of this Temporary Restraining Order.

The Court will set a preliminary injunction hearing no more than fourteen days from the issuance of this Temporary Restraining Order.

Signed on _____.

_____
Judge Andrew M. Edison