# EXHIBIT 5

*Daniel P. Higgins, Plaintiff*

*vs*

*Val-Chris Investments, Defendant*

CAUSE NO. 26-CV-0110

**IN THE DISTRICT COURT OF GALVESTON COUNTY, TEXAS**

*10th District Court*

**AFFIDAVIT OF DANIEL P. HIGGINS**

**STATE OF TEXAS §**
**COUNTY OF GALVESTON §**

My name is Daniel P. Higgins. I am over the age of eighteen (18), of sound mind, and competent to make this affidavit.

I have continuously occupied the real property located at 3001 Kleinmann Ave, Galveston, Texas 77551 as my primary residence for approximately eighteen (18) years. The property is my Texas homestead, and I have continuously lived there with the intent that it be my home.

My Texas driver's license reflects the property address as my residence.

At all relevant times, Defendant had access to information demonstrating that I occupied the property as my primary residence.

Defendant directed me to provide documentation reflecting a different mailing address, and I relied in good faith on Defendant's instructions. After doing so, Defendant sent mortgage and foreclosure-related correspondence to that other address rather than to my homestead address.

I never received a Notice of Default or Intent to Accelerate at my homestead address. The first notice I became aware of was a Notice of Sale dated January 6, 2026, scheduling a foreclosure sale for February 3, 2026.

The property is my primary residence, and a foreclosure sale would cause immediate and irreparable harm that cannot be remedied by money damages. I seek only to preserve the status quo so the Court may determine whether Defendant complied with Texas homestead foreclosure law.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED on _____1 - 26_____, 2026.

Daniel P. Higgins

SUBSCRIBED AND SWORN before me on ___01/21___, 2026.

Notary Public, State of Texas

MARIELENA SIMMONS
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 01/02/28
NOTARY ID 134697210

*Status Conference Set 04/23/2026*

26—CV—0110
DCORPET
Original Petition — OCA
3118229

2026 JAN 21 AM 11:31

DISTRICT CLERK
GALVESTON COUNTY TEXAS

**FILED**



CAUSE NO. 26-CV-0110 — 10th District Court

DANIEL P. HIGGINS, Plaintiff

vs.

VAL-CHRIS INVESTMENTS, INC., Defendant

IN THE DISTRICT COURT OF GALVESTON COUNTY, TEXAS

FILED

2026 JAN 21 AM 11:31

DISTRICT CLERK
GALVESTON COUNTY TEXAS

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Daniel P. Higgins respectfully shows:

Defendant has scheduled a non-judicial foreclosure sale for February 3, 2026 involving Plaintiff's primary residence and Texas homestead located at 3001 Kleinmann Ave, Galveston, Texas 77551.

Loss of a homestead constitutes immediate and irreparable harm for which there is no adequate remedy at law.

Texas law requires strict compliance with notice requirements before foreclosing on a homestead. Plaintiff never received a Notice of Default or Intent to Accelerate, a condition precedent to foreclosure.

Defendant directed Plaintiff to provide an alternate mailing address and thereafter sent foreclosure notices to that address rather than to Plaintiff's homestead. Plaintiff relied in good faith on Defendant's instructions.

Defendant's failure to strictly comply with homestead foreclosure procedures constitutes a failure of conditions precedent, rendering the foreclosure improper.

### REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court issue a Temporary Restraining Order enjoining the February 3, 2026 foreclosure sale, set a hearing on a Temporary Injunction, preserve the status quo, set a nominal bond, and grant all further relief to which Plaintiff may be entitled.

Respectfully submitted,

Daniel P. Higgins, Pro Se
3001 Kleinmann Ave
Galveston, TX 77551
409-692-3811
Higginsd10@aol.com

26-CV-0110
DCAPTRO
Application for Temporary Restraining Order
3118231

# Brandi M. Campbell

| | |
|---|---|
| **From:** | DCECF_LiveDB@txs.uscourts.gov |
| **Sent:** | Monday, March 30, 2026 3:29 PM |
| **To:** | DC_Notices@txsd.uscourts.gov |
| **Subject:** | Activity in Case 3:26-cv-00045 Higgins v. Val-Chris Investments, Inc. Motion for Summary Judgment |

**CAUTION:**
This email originated from outside of Hirsch & Westheimer. Do not click links or open attachments unless you recognize the sender and know the content is safe. Also, if the email looks to be from an internal user, please confirm the request with the user before proceeding.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered by Lewis, Christina on 3/30/2026 at 3:29 PM CDT and filed on 3/30/2026

| | |
|---|---|
| **Case Name:** | Higgins v. Val-Chris Investments, Inc. |
| **Case Number:** | 3:26-cv-00045 |
| **Filer:** | Val-Chris Investments, Inc. |
| **Document Number:** | 8 |

**Docket Text:**
**MOTION for Summary Judgment by Val-Chris Investments, Inc., filed. Motion Docket Date 4/20/2026. (Attachments: # (1) Exhibit 1 - Affidavit of Erick Feitshans, # (2) Exhibit 2 - Lease Agreement, # (3) Exhibit 3 - Loan Documents, # (4) Exhibit 4 - Declaration of Homestead, # (5) Exhibit 5 - Original Petition and TRO Application) (Lewis, Christina)**

**3:26-cv-00045 Notice has been electronically mailed to:**

Andrew K Meade    ameade@mnbllp.com, ksills@mnbllp.com, lpinkerton@mnbllp.com, sharen@mnbllp.com

Christina Minshew Lewis    clewis@hirschwest.com, bcampbell@hirschwest.com

Leann Meredith Pinkerton    lpinkerton@mnbllp.com

Samuel Branaman Haren    sharen@mnbllp.com, cboden@mnbllp.com, ksills@mnbllp.com

**3:26-cv-00045 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=3/30/2026] [FileNumber=46056675-0] [3c97a60263563be3ffd513000b983533365cf603bb1fa67905044d04bdad39aab7ea57cc60cba261fd6fbb389e27dc1be7f7a9cb538847e0a654e15f064d82bd]]
**Document description:**Exhibit 1 - Affidavit of Erick Feitshans
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=3/30/2026] [FileNumber=46056675-1] [51f69c8d1285393666235b739de36e15967c65cf4140e0b043c66656f16c5650e91de1e738724510f0301501c6bb491b632613834543a5b847a5f06dd02251b5]]
**Document description:**Exhibit 2 - Lease Agreement
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=3/30/2026] [FileNumber=46056675-2] [622195d97674583b35d05f1e4cea5deb10e0f70aeef972a2b32c6908ed482f1114fc8d15983f154f4210d190d180fe7202a1b8859ea8187f681e0a5f042a8ab6]]
**Document description:**Exhibit 3 - Loan Documents
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=3/30/2026] [FileNumber=46056675-3] [90cb8d2840a24f0768c4a523a8d25cb224a7e1c73e0bc61eeacbd04dbea0ccaac432092d6808abb1db4317802aaaa33c83c735e87836ba2ef6ac56de63ccd227]]
**Document description:**Exhibit 4 - Declaration of Homestead
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=3/30/2026] [FileNumber=46056675-4] [787388bf0aa778c1a7e442bc340943fada346713330903712277ef12e8e9637fed76eb325ec18df025411191d250e4c7fba92b709209f2e0cb0882e614884588]]
**Document description:**Exhibit 5 - Original Petition and TRO Application
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=3/30/2026] [FileNumber=46056675-5] [b37a921f3d3affa56aa317cdfa18dc1a673a96ef011b6f2a7ffea861a82a0914da979e80cb7763ab48fdf55e107d12d80eb22e988d30e71053a0f5fe222d4dd6]]