# EXHIBIT 4

## DESIGNATION OF HOMESTEAD AND AFFIDAVIT OF NON-HOMESTEAD

| Lender: Val-Chris Investments Inc, a California corporation (CFL License No. 6035063) | Borrower: Daniel P. Higgins |
|---|---|
| Date: October 29, 2024 | Property Address: 3001 Kleinmann Avenue, Galveston, Texas 77551 |

Borrower certifies to Lender, its agents, employees, successors and assigns the following:

1.      I have applied to Lender for a loan in the principal amount of $330,000.00 secured by the Property.

2.      Lender has stressed to me the importance of knowing whether I occupy or intend to occupy the Property and whether the Property is my homestead.

3.      I certify and represent to Lender that:

A.      Daniel P. Higgins's true and only principal residence is located at: 2130 Winding Springs Drvie League City TX 77573

B.      The Property that will secure this loan is not the homestead of any party to the Loan including any affiliates or relatives of Borrower ("Borrower-Affiliated Party");

C.      Borrower has no intention of ever making the Property securing the Loan the homestead of the Borrower or any Borrower-Affiliated Party;

D.      Neither Borrower nor any Borrower-Affiliated Party has any intention of ever making the Property securing the Loan his or her principal or secondary residence, or otherwise occupying the Property at any time.

E.      Borrower disclaims all homestead rights, interest, and exemption in the Property; and

F.      Borrower acknowledges that the Property is therefore not exempt from a forced sale.

4.      Borrower agrees to hold Lender harmless and agree to defend, indemnify, protect and hold Lender and its agents, officers, contractors, and employees harmless from and against any and all claims asserted or liability established that arises from the falsity of any part of this declaration.

Borrower declares under penalty of perjury under the laws of the state in which the Property is located that the foregoing is true and correct as of the date set forth above.

**BORROWER:**

DANIEL P. HIGGINS

Daniel P. Higgins, an individual

---

© Lightning Docs™; All Rights Reserved.
Designation of Homestead and Affidavit of Non-Homestead            Loan No. ▮▮▮

1

v188

Val-Chris00211

Val-Chris00211

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _Texas_                     )

County of _Galveston_            )

On _October 29th 2024_ before me, _Shabrena Lynch-Horton_ , Notary Public
      Date                                Here Insert Name of the Officer

Personally Appeared _Daniel P. Higgins_
                                     Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

SHABRENA LYNCH HORTON
Notary ID #126193821
My Commission Expires
May 27, 2025

I certify under PENALTY OF PERJURY under the laws of the State of _Texas_ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                     Signature of Notary Public

---

2

© Lightning Docs™; All Rights Reserved.
Designation of Homestead and Affidavit of Non-Homestead    Loan No. ▮

v188

Val-Chris00212
Val-Chris00212