# EXHIBIT 5

*Kleinman Ave*

*Daniel P. Higgins, Plaintiff*

*vs*

*Val-Chris Investments, Defendant*

CAUSE NO. 26-CV-0110

**IN THE DISTRICT COURT OF GALVESTON COUNTY, TEXAS**

*10th District Court*

**AFFIDAVIT OF DANIEL P. HIGGINS**

**STATE OF TEXAS §**
**COUNTY OF GALVESTON §**

My name is Daniel P. Higgins. I am over the age of eighteen (18), of sound mind, and competent to make this affidavit.

I have continuously occupied the real property located at 3001 Kleinmann Ave, Galveston, Texas 77551 as my primary residence for approximately eighteen (18) years. The property is my Texas homestead, and I have continuously lived there with the intent that it be my home.

My Texas driver's license reflects the property address as my residence.

At all relevant times, Defendant had access to information demonstrating that I occupied the property as my primary residence.

Defendant directed me to provide documentation reflecting a different mailing address, and I relied in good faith on Defendant's instructions. After doing so, Defendant sent mortgage and foreclosure-related correspondence to that other address rather than to my homestead address.

I never received a Notice of Default or Intent to Accelerate at my homestead address. The first notice I became aware of was a Notice of Sale dated January 6, 2026, scheduling a foreclosure sale for February 3, 2026.

The property is my primary residence, and a foreclosure sale would cause immediate and irreparable harm that cannot be remedied by money damages. I seek only to preserve the status quo so the Court may determine whether Defendant complied with Texas homestead foreclosure law.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED on _____1 - 26_____, 2026.

*[signature]*

**Daniel P. Higgins**

SUBSCRIBED AND SWORN before me on ___01/21___, 2026.

*[signature]*

**Notary Public, State of Texas**

*Status Conference Set    04/23/2026*

26—CV—0110
DCORPET
Original Petition — OCA
3118229

2026 JAN 21 AM 11: 31

FILED

DISTRICT CLERK
GALVESTON COUNTY TEXAS



MARIELENA SIMMONS
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 01/02/28
NOTARY ID 134697210
NOTARY PUBLIC
STATE OF TEXAS

CAUSE NO. 26-CV-0110  –  10th District Court

DANIEL P. HIGGINS, Plaintiff

vs.

VAL-CHRIS INVESTMENTS, INC., Defendant

**FILED**

2026 JAN 21 AM 11: 31

DISTRICT CLERK
GALVESTON COUNTY TEXAS

IN THE DISTRICT COURT OF GALVESTON COUNTY, TEXAS

APPLICATION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Daniel P. Higgins respectfully shows:

Defendant has scheduled a non-judicial foreclosure sale for February 3, 2026 involving Plaintiff's primary residence and Texas homestead located at 3001 Kleinmann Ave, Galveston, Texas 77551.

Loss of a homestead constitutes immediate and irreparable harm for which there is no adequate remedy at law.

Texas law requires strict compliance with notice requirements before foreclosing on a homestead. Plaintiff never received a Notice of Default or Intent to Accelerate, a condition precedent to foreclosure.

Defendant directed Plaintiff to provide an alternate mailing address and thereafter sent foreclosure notices to that address rather than to Plaintiff's homestead. Plaintiff relied in good faith on Defendant's instructions.

Defendant's failure to strictly comply with homestead foreclosure procedures constitutes a failure of conditions precedent, rendering the foreclosure improper.

**REQUEST FOR RELIEF**

Plaintiff respectfully requests that the Court issue a Temporary Restraining Order enjoining the February 3, 2026 foreclosure sale, set a hearing on a Temporary Injunction, preserve the status quo, set a nominal bond, and grant all further relief to which Plaintiff may be entitled.

Respectfully submitted,

Daniel P. Higgins, Pro Se
3001 Kleinmann Ave
Galveston, TX 77551
409-692-3811
Higginsd10@aol.com

26 - CV - 0110
DCAPTRO
Application for Temporary Restraining Order
3118231