**A.**

U.S. DEPARTMENT OF HOUSING & DEVELOPMENT

**FINAL SETTLEMENT STATEMENT**

**B. TYPE OF LOAN**

1. ☐ FHA  2. ☐ FmHA  3. ☒ Conv. Unins 4. ☐ VA  5. ☐ Conv. Ins

6. FILE NUMBER: FTDAL-16-9000162400369-D

7. LOAN NUMBER 20047

8. MORTGAGE INS CASE NUMBER:

**EXHIBIT**

**5**

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0  3/98

| D. NAME AND ADDRESS OF BORROWER: Daniel P Higgins 2130 Winding Springs Dr League City, TX 77573 | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: Val-Chris Investments LLC 2601 Main St Ste 400 Irvine, CA 92614 |
|---|---|---|

| G. PROPERTY LOCATION: 3001 Kleinmann Avenue Galveston, TX 77551 Galveston County, Texas Lot(s): 1 Unit(S):  ABST 121 PAGE 79 LOT 1 & ADJ ALLEY KLEINMANN ADDN | H. SETTLEMENT AGENT: Fidelity National Title Agency, Inc. PLACE OF SETTLEMENT: 1261 West Green Oaks Blvd. Suite 101 Arlington, TX 76013 | I. SETTLEMENT DATE: October 29, 2024 DISBURSEMENT DATE: October 30, 2024 |
|---|---|---|

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101.Contract sales price | | 401.Contract sales price | |
| 102.Personal property | | 402.Personal property | |
| 103.Settlement charges to borrower (line 1400) | 41,681.08 | 403. | |
| 104.Payoff to Val-Chris Investments Inc | 269,134.97 | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106.City/Town taxes | | 406.City/Town taxes | |
| 107.County taxes | | 407.County taxes | |
| 108.Assessments | | 408.Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| *120.* GROSS AMOUNT DUE FROM BORROWER | 310,816.05 | *420.* GROSS AMOUNT DUE TO SELLER | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201.Deposit or earnest money | | 501.Excess deposit (see instructions) | |
| 202.Principal amount of new loan(s) | 330,000.00 | 502.Settlement charges to seller (line 1400) | |
| 203.Existing loan(s) taken subject to | | 503.Existing loan(s) taken subject to | |
| 204. | | 504.Payoff of first mortgage loan | |
| 205. | | 505.Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210.City/Town taxes | | 510.City/Town taxes | |
| 211.County taxes | | 511.County taxes | |
| 212.Assessments | | 512.Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| *220.* TOTAL PAID BY/FOR BORROWER | 330,000.00 | *520.* TOTAL REDUCTION AMOUNT DUE SELLER | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301.Gross amount due from Borrower (Line 120) | 310,816.05 | 601.Gross amount due to Seller (Line 420) | |
| 302.Less amount paid by/for Borrower (Line 220) | ( -330,000.00) | 602.Less reductions due Seller (Line 520) | ( ) |
| *303. CASH TO BORROWER* | 19,183.95 | *603. CASH TO/FROM SELLER* | |

Printed on 10/29/2024 at 12:55 pm (C)  9000162400369/41 Renee Gibbins

Val-Chris00342

**L. Settlement Charges**

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. | TOTAL COMMISSION Based on Price | $        @        % | | |
| | Division of Commission (line 700) as Follows: | | | |
| 701. | to | | | |
| 702. | to | | | |
| 703. | Commission Paid at Settlement | | | |
| 704. | to | | | |
| **800.** | **ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. | Loan Origination Fee    % to | | | |
| 802. | Loan Discount    % to | | | |
| 803. | Appraisal fee    to | | | |
| 804. | Credit report    to | | | |
| 805. | Lender's inspection fee    to | | | |
| 806. | Mortgage Insurance application fee    to | | | |
| 807. | Assumption fee    to | | | |
| 808. | Notary Fee    to Val-Chris CFL 6035063 | | 15.00 | |
| 809. | Underwriting Fee    to Val-Chris CFL 6035063 | | 995.00 | |
| 810. | Doc Fee    to Val-Chris CFL 6035063 | | 1,595.00 | |
| 811. | Lender Commission    to Val-Chris CFL 6035063 | | 6,600.00 | |
| 812. | Broker Commission    to LendMe Inc DRE 02119364 | | 9,900.00 | |
| 813. | Processing Fee    to LendMe Inc DRE 02119364 | | 3,000.00 | |
| **900.** | **ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. | Interest from 10/30/24 to 11/01/24 to Val-Chris CFL 6035063 @ $ 119.07/day (2 days @   %) | | 238.15 | |
| 902. | Mortgage insurance premium   for      month to | | | |
| 903. | Hazard insurance premium      for   1.0 year to   SMI Agency | | 11,734.09 | |
| 904. | for      year to | | | |
| 905. | to | | | |
| 906. | to | | | |
| **1000.** | **RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. | Hazard insurance    months @ $    per month to | | | |
| 1002. | Mortgage insurance    months @ $    per month to | | | |
| 1003. | City property taxes    months @ $    per month to | | | |
| 1004. | County property taxes    months @ $    per month to | | | |
| 1005. | Annual assessments    months @ $    per month to | | | |
| 1006. | months @ $    per month to | | | |
| 1007. | months @ $    per month to | | | |
| 1008. | months @ $    per month to | | | |
| **1100.** | **TITLE CHARGES** | | | |
| 1101. | Settlement or closing fee    to Fidelity National Title Agency, Inc. | | 500.00 | |
| 1102. | Abstract or title search    to | | | |
| 1103. | Title examination    to | | | |
| 1104. | Title insurance binder    to | | | |
| 1105. | Document preparation    to | | | |
| 1106. | Notary fees    to BNN Services | | 275.00 | |
| 1107. | Attorney's fees    to | | | |
| 1108. | Title insurance    to Fidelity National Title Agency, Inc. | | 1,836.95 | |
| 1109. | Lender's coverage    $ 412,500.00      1,668.00 | | | |
| 1110. | Owner's coverage | | | |
| 1111. | Tax Cert    to TitleLogix Solutions | | 71.00 | |
| 1112. | E-Record Fee    to Fidelity National Title Agency, Inc. | | 9.38 | |
| 1113. | to | | | |
| **1200.** | **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. | Recording fees:   Deed    ; Mortgage $ 162.00; Releases    to Fidelity National | | 162.00 | |
| 1202. | City/County tax/stamps:   Deed    ; Mortgage    to | | | |
| 1203. | State tax/stamps:   Deed    ; Mortgage    to | | | |
| 1204. | to | | | |
| 1205. | to | | | |
| **1300.** | **ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. | Survey    to | | | |
| 1302. | Pest inspection    to | | | |
| 1303. | 2024 Property Taxes    to Galveston County Tax Assessor | | 4,749.51 | |
| 1304. | to | | | |
| 1305. | to | | | |
| **1400.** | **TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | | 41,681.08 | |

Previous editions are obsolete

Printed on 10/29/2024 at 12:55 pm (C) 90001824003665/41

Val-Chris00343