**EXHIBIT 6**

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERS̲O̲N̲,̲ YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## NOTICE OF SUBSTITUTE TRUSTEE'S SALE

**T.S. No.:** 2251209151.2

**DATE:** March 25, 2026

**NOTE:** Promissory Note described as follows:

| | |
|---|---|
| Date: | 10/29/2024 |
| Debtor(s): | Daniel P. Higgins, an unmarried man |
| Original Creditor: | Val-Chris Investmens Inc., a California corporation (CFL License No. 6035063) |
| Original Principal Amount: | $330,000.00 |
| Current Holder: | Derik Lewis, Trustee of the Vantis Law Firm, a Professional Law Corporation Defined Benefit Pension Plan |

**DEED OF TRUST:** Deed of Trust described as follows:

| | |
|---|---|
| Date: | 10/29/2024 |
| Grantor: | Daniel P. Higgins, an unmarried man |
| Trustee: | Val-Chris Investments Inc., a California corporation |
| Current Beneficiary: | Derik Lewis, Trustee of the Vantis Law Firm, a Professional Law Corporation Defined Benefit Pension Plan |
| Recorded: | 10/31/2024, In Instrument No.: 2024049567, In the County of Galveston, State of Texas |

**LENDER:** Derik Lewis, Trustee of the Vantis Law Firm, a Professional Law Corporation Defined Benefit Pension Plan

**BORROWER:** Daniel P. Higgins, an unmarried man

**PROPERTY:** The real property described as follows:

Lot 1, of KLEIMANN ADDITION, a subdivision in Galveston County, Texas, according to the Map or Plat thereof recorded in Volume 254-A, Page 75 and transferred to Volume 2, Page 6, both of the Map Records of Galveston County, Texas, together with the 20 feet alley adjacent on the North, abandoned by ordinance by the City of Galveston, recorded in File no. 8132795, in the Office of the County Clerk of Galveston County, Texas.

3001 Kleinmann Avenue, Galveston, TX 77551

**SUBSTITUTE TRUSTEE: TOLESOAZ Corp dba Total Lender Solutions, an AZ Corp, Randy S. Newman and Abstracts/Trustees Of Texas, LLC**

Substitute Trustee's Mailing Address: One West Deer Valley Rd., Ste 103, Phoenix, Arizona 85027, Phone: 623-581-3262

**DATE AND TIME OF SUBSTITUTE TRUSTEE'S SALE OF PROPERTY:**

5/5/2026, the first Tuesday of the month, to commence at **11:00 AM** (or within 3 hours after).

**PLACE OF SUBSTITUTE TRUSTEE'S SALE OF PROPERTY:**

THE FIRST FLOOR LOBBY OF THE GALVESTON COUNTY COURTHOUSE, 722 MOODY, GALVESTON, TX, OR IF THE PRECEDING AREA IS NO LONGER THE DESIGNATED AREA AT THE AREA DESIGNATED BY THE COUNTY COMMISSIONERS COURT PURSUANT TO SECTION 51.002 OF THE TEXAS PROPERTY CODE..

## RECITALS

Default has occurred in the payment of the Note and/or in the performance of the obligations under the Deed of Trust that secures the Note. Because of this default, Lender, the owner and holder of the Note and the Deed of Trust lien under Texas Property Code Section 51.002, has requested that Substitute Trustee sell the Property according to the terms of the Deed of Trust and applicable law.

Formal notice is now given of Lender's election to proceed against and sell the real property described in the Deed of Trust, consistent with Lender's rights and remedies under the Deed of Trust and applicable law.

Therefore, notice is given that on the Date and Time of Substitute Trustee's Sale of Property and at the Place of Substitute Trustee's Sale of Property, I, as Substitute Trustee, or any other substitute trustee Lender may appoint, will sell the Property by public sale to the highest bidder for cash or acceptable certified funds, according to the Deed of Trust and applicable law. The sale and conveyance of the Property will be subject to all matters of record applicable to the Property that are superior to the Deed of Trust and to any permitted exceptions to title described in the Deed of Trust. Substitute Trustee has not made and will not make any covenants, representations, or warranties about the Property other than providing the successful bidder at the sale with a deed to the Property containing any warranties of title required by the Deed of Trust. The Property will be sold AS IS, WHERE IS, AND WITH ALL FAULTS.

Please be advised that the trustee may require entity or trust bidders at this trustee's sale to provide information, documentation and/or certification of the vesting instructions and the data required to be reported pursuant to FinCEN regulations effective for transfers of residential real property to covered transferees on or after March 1, 2026. The required information must be provided to the trustee before a trustee's deed upon sale will be issued for covered transfers.

Additional information regarding these regulations and the required transferee information and certifications can be found at

https://www.federalregister.gov/documents/2024/08/29/2024-19198/anti-money-laundering-regulations-for-residential-real-estate-transfers and https://www.fincen.gov/rre-faqs#D_5

ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES.  IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.

**Notice of Sale executed by:**

TOLESOAZ Corp dba Total Lender Solutions, an AZ Corp, Randy S. Newman and Abstracts/Trustees Of Texas, LLC, Trustee

# FILED

Instrument Number: FILED2026000424

Filing Fee: 2.00

Number of Pages:  4

Filing Date: 4/13/2026 10:38:18 AM

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Galveston County, Texas.



**Dwight D. Sullivan**, County Clerk
Galveston County, Texas

NOTICE: It is a crime to intentionally or knowingly file a fraudulent court record or instrument with the clerk.

**DO NOT DESTROY** - *Warning, this document is part of the Official Public Record.*