EXHIBIT

7

## CONFIDENTIAL STATEMENT OF INFORMATION

**PARTY ONE**

FULL NAME: _____ DANIEL P. HIGGINS _____

FORMER LAST NAME(S), IF ANY: _____

BIRTHPLACE: ___ GALVESTON, TEXAS ___ BIRTH DATE: 9/19/1975 _____

SOCIAL SECURITY NUMBER: _____ DRIVER LICENSE NUMBER: TDL 10447115

HOME PHONE NUMBER: _____ MOBILE PHONE: 409-692-3811 _____

I AM: ☑ SINGLE ☐ MARRIED ☐ HAVE A DOMESTIC PARTNER

NAME OF CURRENT SPOUSE/ DOMESTIC PARTNER (IF DIFFERENT FROM PARTY 2): _____

NAME OF FORMER SPOUSE/ DOMESTIC PARTNER (IF NONE, WRITE "NONE"): _____

**PARTY TWO**

FULL NAME: _____

FORMER LAST NAME(S), IF ANY: _____

BIRTHPLACE: _____ BIRTH DATE: _____

SOCIAL SECURITY NUMBER: _____ DRIVER LICENSE NUMBER: _____

HOME PHONE NUMBER: _____ MOBILE PHONE: _____

I AM: ☐ SINGLE ☐ MARRIED ☐ HAVE A DOMESTIC PARTNER

NAME OF CURRENT SPOUSE/ DOMESTIC PARTNER (IF DIFFERENT FROM PARTY 1): _____

NAME OF FORMER SPOUSE/ DOMESTIC PARTNER (IF NONE, WRITE "NONE"): _____

**RESIDENCES IN THE LAST 10 YEARS (NUMBER, STREET, CITY, STATE, ZIP; FROM DATE - TO DATE):**

PARTY 1: 3001 KLEINMANN, GALVESTON, TX 77551 _____

PARTY 2: _____

**OCCUPATIONS IN THE LAST 10 YEARS: (OCCUPATION, FIRM NAME, ADDRESS, NUMBER OF YEARS):**

PARTY 1: Self employed, owner of DK Contracting _____

PARTY 2: _____

_____  7/31/24      _____
PARTY 1 SIGNATURE        DATE          PARTY 2 SIGNATURE          DATE

Val-Chris00125