EXHIBIT

8



**Texas**

**DRIVER LICENSE**

USA
TX

DIRECTOR

4d DL **10447115**    9 Class **C**
4a Iss **10/01/2019**    4b Exp **09/19/2025**
3 DOB **09/19/1975**
1 HIGGINS
2 DANIEL PETER

8 3001 KLEINMANN AVE
GALVESTON TX 77551-1559

12 Restrictions **NONE**    9a End **NONE**
16 Hgt **5'-11"**    15 Sex **M**    18 Eyes **BRO**
5 DD 09211941106001917053

Val-Chris00146