IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

DANIEL P HIGGINS,           §
    *Plaintiff,*           §
                     §
           v.           §
                     §        C.A. 3:26-cv-00045
VAL-CHRIS INVESTMENTS, INC.,           §
                     §
    *Defendant.*           §

---

**RULE 12 AGREEMENT AS TO DOCKET CONTROL ORDER DEADLINES**

---

Daniel P. Higgins (Plaintiff) and Val-Chris Investments, Inc. (Defendant) enter into this agreement through the signatures of their counsel in accordance with the Federal Rules of Civil Procedure 12, and agree as follows:

1. All deadlines per the Docket Control Order which was entered on April 7, 2026 shall be extended until after the Court rules on the Motion for Summary Judgments [Doc. 26 and Doc. 27].

After the Court rules on the pending MSJ's, the Parties shall enter into and file an Agreed Amended Docket Control Order providing the Court with the new deadlines per this Rule 12 Agreement.

Dated: <u>July 15, 2026</u>

Respectfully submitted,

LEWIS LAW FIRM

By: <u>*/s/ Christie M. Lewis*</u>
Christie M. Lewis
SBN: 24013170
Email: clewis@lewislawhtx.com
1517 Heights Boulevard
Houston, Texas 77008
Phone: (832) 607-3959
Admin Copy:
bcampbell@lewislawhtx.com


MEADE & BARR LLP

By<u>: */s/ Samuel Haren (with permission)*</u>
Andrew K. Meade
SBN: 24032854
Leann M. Pinkerton
SBN: 24038826
Samuel B. Haren
SBN: 24059899
2118 Smith Street
Houston, Texas 77002
Phone: (713) 355-1200
Ameade@mnbllp.com
Lpinkerton@mnbllp.com
sharen@mnbllp.com