IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DANIEL P HIGGINS,<br>*Plaintiff,* | § § § | |
| v. | § § | C.A. 3:26-cv-00045 |
| VAL-CHRIS INVESTMENTS, INC.,<br>*Defendant.* | § § § | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR VAL-CHRIS INVESTMENTS, INC.**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Christie Minshew Lewis, and the Lewis Law Firm, P.C., and hereby request leave of court to withdraw their appearance as counsel for Defendant, Val-Chris Investments, Inc. ("VCI") in the above referenced case.

## I. INTRODUCTION

1. Plaintiff is Daniel P. Higgins.

2. Defendant is Val-Chris Investments, Inc.

3. VCI has a pending Motion for Summary Judgment awaiting ruling. The Motion was filed on May 12, 2026.

4. Plaintiff filed a Cross-Motion for Summary Judgment on June 2, 2026 that is awaiting to be ruled upon.

5. A Rule 12 Agreement was filed on July 15, 2026 where the Parties agreed that all Docket Control Order deadlines would be extended until after the Court ruled on the pending Motions for Summary Judgment.

6. There is a docket call conference set for December 1, 2026 at 9:30am.

## II.
## GROUNDS FOR MOTION TO WITHDRAW

7. Christie Minshew Lewis and the Lewis Law Firm are seeking to withdraw their appearance as counsel at VCI's request. On August 20, 2026, Lewis received an email from Derik Lewis, on behalf of VCI, requesting that services were no longer needed.

8. This withdraw can be accomplished without material adverse effects on the interests of VCI as the parties are awaiting rulings on pending Motions for Summary Judgment before deadlines resume on the Docket Control Order.

9. This Motion is not done for the purpose of delay or harassment.

10. The last known address for Val-Chris Investments, Inc. is 2601 Main Street, Suite #400, Irvine, California 92614, Telephone Number (949) 252-8020 and the email address for Erick Feitshans, representative of Val-Chris Investments, Inc. is erick@val-chris.com. Erick requested that Derik Lewis also be copied on all correspondence. Mr. Lewis' email address is dlewis@vantislaw.com.

## III.
## NOTICE

11. A copy of this Motion has been delivered to the last known address of VCI by first class, certified return receipt request and electronic mail. The last known address for Val-Chris Investments, Inc. is 2601 Main Street, Suite #400, Irvine, California 92614, Telephone Number (949) 252-8020 and the email address for Erick Feitshans, representative of Val-Chris Investments, Inc. is erick@val-chris.com. Erick requested that Derik Lewis also be copied on all correspondence. Mr. Lewis' email address is dlewis@vantislaw.com.

12. VCI is hereby notified in writing of the right to object to this Motion: **You are hereby notified that this Motion for Withdrawal of Counsel has been filed with the Court. If you wish to contest the withdrawal of Christie Minshew Lewis of/and Lewis Law Firm PC, as your attorneys, you should file a written objection with the Court.**

**IV.**
**PRAYER**

For these reasons, Christie Minshew Lewis and the Lewis Law Firm, PC respectfully request that this Court grant their Motion to Withdraw as Attorney for the Defendant, Val-Chris Investments, Inc.

Respectfully Submitted,
**LEWIS LAW FIRM PC**

By: */s/ Christie Minshew Lewis*
Christie Minshew Lewis
SBN: 24013170
clewis@lewislawhtx.com
1517 Heights Blvd.
Houston, Texas 77008
Telephone: 832-607-3959

**<u>CERTIFICATE OF CONFERENCE</u>**

The undersigned reached out the defendant's counsel regarding this motion to withdraw on November 9, 2026. Mr. Meade has indicated that they are not opposed.

*<u>/s/ Christie Minshew Lewis</u>*
Christie Minshew Lewis

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of Motion to Withdraw has been served upon the following parties in compliance with the Texas Rules of Civil Procedure on November 10, 2026.

Val-Chris Investments, Inc.
2601 Main Street, Suite #400
Irvine, California 92314
Attn: Erick Feitshans

*via electronic mail, first class mail &*
*CMRRR – 9414 7111 0549 5425 7997 68*

Meade & Barr LLP
2118 Smith Street
Houston, Texas 77002
Attn: Samuel Haren, Andrew Meade
and Leann Pinkerton
ameade@mnbllp.com
lpinkerton@mnbllp.com
share@mnbllp.com

*via electronic filing*

*<u>/s/ Christie Minshew Lewis</u>*
Christie Minshew Lewis