IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DANIEL P HIGGINS, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | C.A. 3:26-cv-00045 |
| VAL-CHRIS INVESTMENTS, INC., | § | |
| | § | |
| *Defendant.* | § | |

## CERTIFICATE OF SERVICE

Pursuant to the Court's Order dated November 12, 2026, the undersigned forwarded a true and correct copy of the Order [Doc. ID 32] to Val-Chris Investments, Inc. via first class mail and electronic mail on November 16, 2026 which informed Val-Chris Investments, Inc. of the hearing scheduled for November 18, 2026 on the Lewis Law Firm's Motion to Withdraw. A copy of the receipt of first-class mail and a copy of the email and response in acknowledgment is attached hereto as Exhibit A. Respectfully submitted,

LEWIS LAW FIRM

By: */s/ Christie M. Lewis*

Christie M. Lewis
SBN: 24013170
Email: clewis@lewislawhtx.com
1517 Heights Boulevard
Houston, Texas 77008
Phone: (832) 607-3959
Admin Copy:
bcampbell@lewislawhtx.com

CERTIFICATE OF SERVICE

I certify that a true and correct copy of Certificate of Service has been served upon all counsels of record through efiling.gov on this 17th day of November 2026.

*/s/ Christie M. Lewis*
Christie M. Lewis