**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| Daniel P. Higgins | § | |
| | § | |
| *versus* | § | Case Number: 3:26−cv−00045 |
| | § | |
| Val−Chris Investments, Inc. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

Canceled setting: Docket Call

Date and Time: 12/1/2026 at 09:30 AM

Date: November 25, 2026

Nathan Ochsner, Clerk